*E-FILED 05-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE NOMURA TETSUYA, | No. C11-01210 HRL |
| Plaintiff, | **ORDER SETTING DEADLINE FOR PLAINTIFF TO EITHER CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

Plaintiff is reminded that this case has been assigned to the undersigned magistrate judge. **Pursuant to Civil Local Rule 73-1(a)(2), no later than May 31, 2011**, **plaintiff must file either** (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated:    May 18, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-01210-HRL Notice has been electronically mailed to:

Bryan J. Sinclair     bryan.sinclair@klgates.com, adrienne.wilson@klgates.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-01210-HRL Notice mailed to:

Joe Nomura Tetsuya
3288 Pierce Street, Suite C-129
Richmond, CA 94804

    Pro Se Plaintiff