TETSUYA JOE NOMURA
3288 PIERCE STREET, SUITE C129
RICHMOND, CA 94804-5952
Tel: (510) 200-4381

*Plaintiff, Pro Se*

**FILED**

AUG 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Tetsuya Joe Nomura, | Case No.: C11-01210 HRL |
| Plaintiff, | **AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | |
| AMAZON.COM, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff, Tetsuya Joe Nomura ("*Nomura*"), for his complaint against Defendant, Amazon.com ("*Amazon*"), alleges as follows:

## PARTIES

1.      Plaintiff, Tetsuya Joe Nomura is an inventor and retired engineer whose principle address is 3288 Pierce Street, Suite C129, Richmond, California 94804-5952.

2.      Upon information and belief, and on that basis alleges, that Defendant Amazon.com, Inc. ("*Amazon*") is a corporation duly organized and existing under the laws as first incorporated in 1994 in the state of Washington, and then under the laws as reincorporated in 1996 in the state of Delaware, with its principal place of business (executive offices) at 410 Terry Avenue North, Seattle, Washington 98109-5210. *Amazon* does business in the Northern District of California.

**JURISDICTION AND VENUE**

3.      This is an action for patent infringement arising under the patent laws of the United States, Titles 35, United States Code. Jurisdiction as to these claims is conferred on this Court by 28 U.S.C. § 1331 and § 1338(a) as well as Article I, Sec. 8 Cl. 8.

4.      Venue is proper in the Northern District of California under 28 U.S.C. § 1391 and § 1400(b).

5.      This Court has personal jurisdiction over *Amazon*. *Amazon* has conducted and does conduct business within the State of California and within this judicial district.

6.      *Amazon* --directly or through intermediaries-- makes, distributes, offers for sale or license, sells or licenses, and advertises its products and services in the United States, the State of California, and the Northern District of California.

**INTRADISTRICT ASSIGNMENT**

7.      This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

**BACKGROUND**

8.      Plaintiff applied for United States patent registration on December 15, 2000.  On August 07, 2007, United States Patent No. 7,254,622 ("*the '622 patent*") was duly and legally issued for Plaintiff's invention entitled "VIDEO-ON-DEMAND SYSTEM." *Nomura* was assigned *the '622 patent* and continues to hold all rights and interest in *the '622 patent*.  A true and correct copy of *the '622 patent* (including the official "Certificate of Correction") is attached hereto as EXHIBIT 01.

9.      Also, a modular schematic diagram ("*Diagram*") drawing from *the '622 patent* has been enhanced to show the system architectural flow of video data.  Said enhanced *Diagram* is entitled, "Video-on-demand system", "Distribution Layer Modules". *Diagram* is attached hereto as EXHIBIT 02.

10.     Said *Diagram* and its meaning are described with detail in *the '622 patent*. This factual information shows how the Plaintiff's Video-On-Demand ("*VoD*") remote access

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1    contents server(s) --shown in *Diagram* as boxes 113 and 114 respectively-- connect(s) to the

2    Internet Service Provider(s) ("*ISP(s)*") --shown in *Diagram* as boxes 115 and 116 respectively--

3    through the internet to users, viewers, and others --shown in *Diagram* as boxes 125 and 137

4    respectively.  This information, collectively, clearly identifies the process, method and manner

5    by which the Defendant is infringing upon said Plaintiff's patent.

6          11.    Additional exhibits attached hereto --EXHIBIT 03 and 04 respectively-- show

7    how the Defendant is infringing *the '622 patent* by using the technology(ies), process(es),

8    business model(s) and method(s) as described in and protected by Plaintiff's patent.

9          12.    Wikipedia.com ("*Wikipedia*") currently describes *Amazon* as follows in this

10   excerpt, "Amazon.com, Inc. (NASDAQ: AMZN) is a US-based multinational electronic

11   commerce company.  Headquartered in Seattle, Washington, it is the world's largest online

12   retailer, with nearly three times the Internet sales revenue of the runner up, Staples, Inc., as of

13   January 2010."  *See* snapshot of https://secure.wikimedia.org/wikipedia/en/wiki/Amazon.com

14   herein attached as EXHIBIT 05.

15         13.    *Wikipedia*'s description of *Amazon*, as well as that from other credible sources,

16   clearly confirms that *VoD* is of paramount importance to *Amazon*'s business model – including,

17   but not limited to, video rentals and sales via remote server downloads, and video-based

18   advertisements – also distributed to users and viewers via remote contents server(s) – throughout

19   the United States as well as *Amazon*'s international business operations throughout the world.

20                    **INFRINGEMENT OF U.S. PATENT NO. 7,254,622**

21         14.    On August 07, 2007, United States Patent No. 7,254,622 ("*the '622 patent*") was

22   duly and legally issued for an invention entitled "VIDEO-ON-DEMAND SYSTEM." *Nomura*

23   was assigned *the '622 patent* and continues to hold all rights and interest in *the '622 patent*.  A

24   true and correct copy of *the '622 patent* is attached hereto as EXHIBIT 01 (including the official

25   "Certificate of Correction").

26

27

28

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

15.     Defendant *Amazon* has infringed and continues to infringe one or more claims of *the '622 patent. Amazon* is liable for infringing *the '622 patent* under 35 U.S.C. § 271 by making, using, and licensing websites, hardware, and software to upload, store, and distribute – from Remote Access Contents Server(s) – video data that is delivered – via the internet – to users, viewers, and others as already claimed in *the '622 patent.*

## JURY DEMAND

16.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, *Plaintiff* respectfully requests a trial by jury on all issues properly triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Tetsuya Joe Nomura requests entry of judgment in his favor and against Defendant as follows:

a) Declaration that Defendant Amazon.com has infringed United States Patent No. 7,254,622.

b) Awarding the damages arising out of Defendant Amazon.com's infringement of United States Patent No. 7,254,622 to Plaintiff, together with prejudgment and postjudgment interest, in an amount according and respective to proof;

c) Permanently enjoining Defendant and their respective officers, agents, employees, and those acting in privity with them, from further infringement, including contributory infringement and/or inducing infringement United States Patent No. 7,254,622 , or in the alternative, awarding royalty(ies) for postjudgment infringement;

d) Awarding litigation fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and,

e) Awarding such other costs and further relief as the Jury and/or Court may deem just and proper.

Respectfully submitted,

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated this 26th day of August, 2011

By: _____
Tetsuya Joe Nomura,
Pro Se Plaintiff

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

# EXHIBIT 01

*(Remainder of this page is intentionally blank.)*

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL



US007254622B2

## (12) United States Patent
Nomura et al.

(10) Patent No.: **US 7,254,622 B2**
(45) Date of Patent: **Aug. 7, 2007**

(54) **VIDEO-ON-DEMAND SYSTEM**

(76) Inventors: **Tetsuya Nomura**, 827 Pacific Ave.
#212, San Francisco, CA (US) 94133;
**Tommy Sun**, 827 Pacific Ave. #212,
San Francisco, CA (US) 94133

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 959 days.

(21) Appl. No.: **09/738,425**

(22) Filed: **Dec. 15, 2000**

(65) **Prior Publication Data**

US 2002/0078176 A1    Jun. 20, 2002

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*H04N 7/173* (2006.01)

(52) **U.S. Cl.** .......................... 709/219; 725/98
(58) **Field of Classification Search** ............ 709/217,
709/219, 230, 231; 725/98
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,583,561 A | 12/1996 | Baker et al. | |
| 5,594,491 A | 1/1997 | Hodge et al. | |
| 5,600,573 A * | 2/1997 | Hendricks et al. | 725/109 |
| 6,005,561 A * | 12/1999 | Hawkins et al. | 715/500.1 |
| 6,005,599 A | 12/1999 | Asai et al. | |
| 7,168,086 B1 * | 1/2007 | Carpenter et al. | 725/98 |

* cited by examiner

Primary Examiner—David Wiley
Assistant Examiner—J. Bret Dennison
(74) Attorney, Agent, or Firm—James J. Leary

(57) **ABSTRACT**

A video-on-demand system provides efficient commercial distribution for renting and/or selling movies, video programs, video games and electronic data. Data input stations upload original video data from videotapes, videocassettes, videodisks or film, or from electronic data format on transferable storage media or over a telecommunications line. A video data capture computer converts the original video data into a preferred video data storage format and stores the video data files in a first generation video data storage unit. The video data files are sorted by categories and classified in indexed master files stored on a second generation video data storage unit. NTSC, PAL and/or HDTV versions of the video data files are created and stored in separate data storage units for serving different markets. Customers access the system through computer servers connected to the Internet. The computer servers access the video data file in the data storage units and create a temporary video data file, which is downloaded to the customer via the Internet. The video data file is downloaded at high speed and stored on the customer's video player device for viewing at a later time. The video data files can be downloaded, stored and viewed on a desktop computer, a laptop computer, palmtop computer, a set-top data storage device connected to a television set, video game device, or a personal digital assistant, cellular telephone or pager with video capabilities. The system includes back-up mirror storage files at all levels of the system for security against data loss.

**12 Claims, 1 Drawing Sheet**



AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

U.S. Patent                    Aug. 7, 2007                    US 7,254,622 B2



FIG. 1

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

US 7,254,622 B2

1

**VIDEO-ON-DEMAND SYSTEM**

**FIELD OF THE INVENTION**

The present invention relates to a video-on-demand system that provides movies, video programs and other prerecorded materials to a remote user. In particular, it relates to a high speed, reliable video-on-demand system with data corruption resistance for storing, selecting, downloading and playing prerecorded video materials.

**BACKGROUND OF THE INVENTION**

Home viewing of prerecorded video programs and movies has become a major form of entertainment in this country and throughout much of the world. Technologies such as videocassette players and videodisk players, e.g. digital video disk (DVD) and laser disk players, allow users to view prerecorded video programs and movies at home on their own television sets. Viewing prerecorded video programs has many advantages over watching programs and movies on broadcast television. Viewers can choose their own programs and movies and watch them at a time of their own choosing. Video players also allow users to stop, pause, replay, slow motion replay and fast forward the program at any time while viewing. With broadcast television on the other hand, viewers have a limited selection of programs and movies, which are shown on a fixed schedule. Pay-per-view television offered by cable television and satellite television broadcasting companies has increased the selection of programs and movies available and the choices of viewing times, but the practical limitations of broadcast bandwidth restricts pay-per-view television to a limited selection and fixed schedules.

The popularity of prerecorded video programs and movies as home entertainment has given rise to a large infrastructure for production and commercial distribution of prerecorded video materials. Video stores that rent and/or sell prerecorded movies and other video programs on videocassettes and/or video disks have become ubiquitous. Video rental stores offer a broad selection of movies that users can take home and view at any time during the rental period, which is generally from one to several days. However, video rental stores present a number of inconveniences for the user. The user must travel to the video rental store to select and bring home a video to watch, which is inconvenient and time consuming. Store hours may be limited. The selection of movies available can be limited by the number of copies on hand. Popular movies may not be available if the number of copies on hand is not sufficient to meet the demand by customers. After viewing it, the user must travel to the video rental store again to return the video. Late fees and penalties for damage or loss of videos can be a significant drawback for some users. Broadcast television, for all of its limitations, has the advantage that viewers do not have to leave their homes because the programming is transmitted directly to their television sets.

This video distribution system is also a very inefficient use of resources. Vast quantities of video recording media, such as videocassettes and videodisks, must be manufactured and recorded to supply all of the video stores. Transportation costs, storage costs and the cost of retail space and personnel all add to the expense of video distribution.

It would be desirable to provide a system for distribution of movies and other video programs for home viewing that has the advantages of broadcast television and of the current video distribution system, while avoiding many of the

2

disadvantages of both. To this end, it is desirable to provide a system that allows viewers to select and buy and/or rent movies and other video programming content without having to leave their homes. The system should transmit the video programming content directly to the viewer's home or other selected locations. The video programming content should be provided in a format that allows the viewer to play the movie or video at any desired time and allows the viewer to stop, pause, replay, slow motion replay and fast forward the program at any time while viewing. The system should provide a broad selection of movies and other video programs without the costs and inefficiencies associated with the current video distribution system that relies on multiple copies of videos distributed through a myriad of local video rental stores. The system should allow multiple users to view a movie or video simultaneously without the need to keep an inventory of multiple copies.

Video-on-demand systems have been suggested as an alternative to the current video distribution system. To date, however, because of technical limitations such systems have not been successfully commercialized, except on a very small scale. For example, centralized video-on-demand systems are available for hotels and similar applications. Examples of such systems are described in U.S. Pat. No. 6,009,465 granted to Decker, et. al. for Entertainment and information systems and related management networks for a remote video delivery system, and U.S. reissue Pat. No. RE34,611 issued to Fenwick for Video selection and distribution system. These systems can only handle a small number of viewers at any one time because they are limited by the number of video players in the system and the number of copies of any particular video on hand.

A convergence of technologies from the audiovisual, computer and telecommunications fields now makes it possible to create a practical large-scale centralized video-on-demand system for selecting, downloading and playing prerecorded materials. To be commercially successful, such a video-on-demand system must be high speed, reliable, robust and fault tolerant and it must be configured to resist data corruption.

**SUMMARY OF THE INVENTION**

In keeping with the foregoing discussion, the present invention takes the form of a video-on-demand system for storing, selecting, downloading and playing prerecorded video materials. The video-on-demand system provides capabilities of efficient commercial distribution for renting and/or selling of movies, video programs and other forms of electronic entertainment materials, such as video games, music videos and video books, and electronic data. The system can also be used to provide video content for web sites, such as video home pages, and for distribution of video messages or video mail. The system is configured to capture video data of movies and other video programs from various storage media into a high speed, rapidly accessible electronic data storage medium. Data input stations are provided to upload original video data of movies or other video programs from their original storage medium, for example from videotapes, videocassettes, videodisks or film, or from electronic data format on transferable storage media or over a telecommunications line, such as a telephone line, multimedia cable, fiberoptic cable, wireless telecommunications, etc.

A video data capture computer converts the original video data files into a preferred video data storage format and stores the video data files in a first generation video data

US 7,254,622 B2

3

storage unit. If desired, the video data files may be stored in a compressed data storage format. The first generation video data storage unit includes data libraries containing the latest on-line news data, rental item data and selling item data. A back-up first generation video data storage unit is provided as security against data loss or corruption. The video data files are sorted by categories of the movies and other video programs and are classified in indexed master files stored on a second generation video data storage unit. A back-up second generation video data storage unit is provided as security against data loss or corruption.

The system preferably includes capabilities of converting the video data files to any known video display format for worldwide distribution and viewing. For example, NTSC, PAL and/or HDTV versions of the video data files can be created and stored in separate data storage units as appropriate for the markets to be served by the system. Preferably, the system also includes back-up data storage units for these video data files as security against data loss or corruption.

Customer access to the video data files is provided by one or more remotely accessible computer servers through an Internet Service Provider (ISP) and/or an Application Service Provider (ASP) interface. Access to the system is provided via the Internet and/or World Wide Web (WWW), telephone lines, digital subscriber lines (DSL), cable television lines, multimedia cable, and fiberoptic cable connections, and wireless access is provided through a wireless Internet Service Provider (ISP) and/or an Application Service Provider (ASP) interface. The computer servers are programmed with file handling, order processing and accounting and billing software. The system also includes a data storage unit for an accounting and billing record database and a back-up data storage unit.

When the system receives a customer request, the computer server through which the request is received accesses the video data file in the appropriate data storage unit and creates a temporary video data file by transferring the video data over a high speed data link. The video data file is then downloaded to the customer via the appropriate ISP/ASP interface. The video data file is downloaded at high speed and stored on the customer's video player device for viewing at a later time. The downloading of video data files to the customer is continuously monitored by error detection and correction software.

The customer can contact and interact with the video-on-demand system in a number of different ways, such as through a wireless connection on the Internet or the World Wide Web, through a cable television subscriber network, a local area network (LAN) or a wide area network (WAN) connected via an Internet connection or a direct connection via cable or telephone lines or through a wireless telecommunications system that use satellites and/or earthstations to receive and transmit data, such as a satellite television network, a cellular telephone network or a pager or wireless personal digital assistant (PDA) system connection. The system can also be implemented through a PBX network or a peer-to-peer network, which may or may not be connected to the Internet. The connection between the customer and the video-on-demand system can be asymmetrical.

The video data files can be downloaded, stored and viewed in a number of different ways by the customer. For example, the video data files can be downloaded, stored and viewed on a desktop computer, a laptop computer, a palmtop computer or other mobile computer. The movie or video program can be viewed directly on the computer monitor or it can be recorded on a transferable storage medium to be viewed on a separate video playing device. Miniature

4

mobile or wearable computers or video playback devices with head mounted displays provide the ultimate in portability for video viewing. The video data files can also be downloaded and stored on a set-top data storage device that is connected to a television set or monitor for viewing. The video data files can also be downloaded, stored and viewed on personal digital assistants, cellular telephones and pagers with video capabilities. Video data files and/or video game software can be downloaded, stored and viewed on a video game device.

In operation, a customer initiates a transaction by contacting the video-on-demand system through one of the various means described above. The customer can browse, search and select one or more movies or other video programs to rent or purchase. Descriptions, reviews, advertisements, clips and trailers of the video materials may be provided to help customers make their selections. The customer selects whether he or she wishes to purchase or rent the video selections and, if appropriate, specifies a time period for the rental. The computer server completes the billing and accounting portion of the transaction electronically over the Internet using a secure Internet payment protocol.

Purchased and/or rented video data files will preferably be downloaded in a copy protected format to prevent unauthorized reproduction or resale of the video data files by the customer. In addition, rented video data files will preferably be downloaded in a time sensitive format that will delete the file or make it inaccessible or unviewable after the expiration of the specified rental period and/or after a specified number of viewings.

The video-on-demand system of the present invention is configured to be high speed, reliable, robust and fault tolerant and to resist data corruption. Preferably, the back-up data storage units, also known as mirror storage units, at each level of the system are housed at separate location that is protected from natural disaster, electrical power black-out, accidents and so forth for security against data loss. The multitiered architecture of the system protects the original video data files from data corruption. If the video data files at any level of the system are ever subjected to data loss or data corruption, the video data files can be refreshed from the back-up video data files on the same level of the system or recreated from video data files or back-up files on a higher level of the system. The transfer and downloading of video data files is continuously monitored by error detection and correction software. If the software detects an error in the video data files, the transfer is stopped and started over from the last point where the video data file was known to be not corrupted so that the transfer does not have to be started over from the beginning. This saves time and allows the system to efficiently serve more customers. If repeated errors are detected, the video data file can be quickly refreshed from a data storage unit at a higher level of the system.

These and other advantages of the video-on-demand system of the present invention will be evident to those skilled in the art upon reading and understanding the following description along with the accompanying drawing figure.

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 shows a schematic representation of the video-on-demand system of the present invention.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

US 7,254,622 B2

5

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows a schematic representation of the video-on-demand system of the present invention for storing, selecting, downloading and playing prerecorded video materials. The video-on-demand system provides capabilities of efficient commercial distribution for renting and/or selling of movies and other video programs. The system is also useful for providing publicly accessible video libraries with video-on-demand capabilities. The system can also be used for distribution of other forms of electronic entertainment materials, such as video games, music videos and video books, and electronic data. The system can also be used to provide video content for web sites, such as video home pages, and for distribution of video messages or video mail.

The video-on-demand system is configured to capture video data of movies and other video programs from various storage media into a high speed, rapidly accessible electronic data storage medium. A first data input station 100 allows original video data of movies or other video programs to be entered into the system from their original storage medium, for example from videotapes, videocassettes or videodisks. The first data input station 100 includes at least one video format reading device such as a videotape, videocassette or videodisk player for reading the video data into the system. Preferably, the video format reading device operates at high-speed for efficient input of video data. The first data input station 100 may also have the capability of converting audiovisual information from film into video data usable by the system. The original storage media may be archived in case any of the video data needs to be restored at a later date.

A second data input station 101 allows original video data of movies or other video programs to be entered into the system from electronic data format on transferable storage media or over a telecommunications line, such as a telephone line, multimedia cable, fiberoptic cable, wireless telecommunications, etc. The second data input station 101 may include a reading device, a high speed electrocommunications interface and/or a computer for entering the video data from electronic data format into the system.

The original video data from the first data input station 100 and the second data input station 101 enter the system though a video data capture computer 102. The video data capture computer 102 converts the original video data files into the preferred video data storage format and stores the video data files in the first generation video data storage unit 103. If desired, the video data capture computer 102 may store the video data files in a compressed data storage format. In a particularly preferred embodiment, the first generation video data storage unit 103 is configured to include the video data libraries containing the latest on-line news data 103A, rental item data 103B and selling item data 103C. The data libraries 103A, 103B, 103C may be housed in physically separate data storage units or they may be housed in one multipurpose data storage unit. The first generation video data storage unit 103 can be implemented using virtually any high speed, rapidly accessible electronic data storage medium, such as Winchester disk drive technology, hard disk drive technology, magnetic tape storage technology, solid state data storage technology, etc. Preferably, the first generation video data storage unit 103 uses a nonvolatile memory data storage medium for security of the data stored.

Preferably, the system also includes a back-up first generation video data storage unit 104, containing back-up data

6

libraries 104A, 104B, 104C, housed at another location that is protected from natural disaster, electrical power black out, accidents and so forth for security against data loss. Alternatively or in addition, a back-up first generation video data storage unit 104 may be housed at the same location as the first generation video data storage unit 103, but using a separate electrical power supply for security against data loss. If the first generation video data storage unit 103 is ever subjected to data loss or data corruption, the data libraries 103A, 103B, 103C can be recreated from the back-up data libraries 104A, 104B, 104C on the back-up first generation video data storage unit 104.

The video data files from the first generation video data storage unit 103 are also stored on a second generation video data storage unit 105. The video data files in the second generation video data storage unit 105 are sorted by categories of the movies and other video programs and are classified in indexed master files 105A, 105B, 105C, 105D, etc. The second generation video data storage unit 105 can be implemented using virtually any high speed, rapidly accessible electronic data storage medium. Preferably, the system also includes a back-up second generation video data storage unit 106, containing back-up master files 106A, 106B, 106C, 106D, etc., housed at another location for security against data loss.

The system preferably includes capabilities of converting the video data files to any known video display format for worldwide distribution and viewing. For example, in a preferred embodiment, the system includes a data storage unit 107 with a North American version of the video data files converted to National Television Standards Committee (NTSC) format for the United States, Canada and Mexico and a data storage unit 109 with a Phase Alternation Line (PAL) version of the video data files for Europe, Central and South America, and some parts of Asia. A data storage unit may also be provided for a version of the video data files in high definition television (HDTV) format or other formats now known or to be devised in the future. Preferably, the system also includes back-up data storage units 108, 110 housed at another location for security against data loss from data storage units 107, 109.

The system also includes a data storage unit 111 for an accounting and billing record database and a back-up data storage unit 112 housed at another location for security against data loss from data storage unit 111.

Customer access to the video data of movies and other video programs is provided by a remotely accessible computer server 113 through an Internet Service Provider (ISP) and/or an Application Service Provider (ASP) interface 116. Preferably, the remotely accessible computer 113 provides customer access via the Internet and/or World Wide Web (WWW), as well as through telephone lines, digital subscriber lines (DSL), cable television lines, multimedia cable, and fiberoptic cable connections. Wireless customer access to the video data of movies and other video programs is also provided by a second remotely accessible computer server 114 through a wireless Internet Service Provider (ISP) and/or an Application Service Provider (ASP) interface 117.

When the system receives a customer request, the computer server 113, 114 through which the request is received accesses the video data files in the appropriate data storage unit 105, 107, 109 and creates a temporary video data file 113A, 113B . . . 113M, 114A, 114B . . . 114M by transferring the video data over a high speed data link. The video data file is then downloaded to the customer via the appropriate ISP/ASP interface 115, 116. A video data file for a full length feature film can be downloaded in approximately six min-

US 7,254,622 B2

7

utes using present data transmission technology. Improvements in the download speed can be expected in the near future with advances in data transmission technology and data compression/decompression protocols. The customer can store and view the video data files of the selected movies at a time of his or her own choosing.

The temporary video data files 113A, 113B . . . 113M, 114A, 114B . . . 114M may be overwritten with new temporary video data files by the computer servers 113, 114 when new requests are received for other movies. In a particularly preferred embodiment of the system, the computer servers 113, 114 may preserve temporary video data files of popular or frequently requested movies in temporary memory storage for repeated downloads without having to access and transfer the video data files from the data storage units 107, 109. For extremely popular movies, more than one temporary video data file can be created to allow simultaneous downloading to more than one customer. These two strategies improve the response time of the system and allows it to efficiently serve more customers. When a particular movie wanes in popularity, the temporary video data file can be overwritten with a new temporary video data file.

The downloading of video data files to the customer is continuously monitored by error detection and correction software. If the software detects an error in downloading the video data files, the downloading is stopped and started over from the last point where the video data file was known to be not corrupted. Thus, the download does not have to be started over completely from the beginning. This saves time and allows the system to efficiently serve more customers. If repeated errors are detected, the temporary video data file can be quickly refreshed from the data storage unit 107, 109 by the computer server 113, 114.

The customer can contact and interact with the video-on-demand system in a number of different ways. It is anticipated that one of the most popular ways for customers to connect with the system will be through a website connection on the Internet or the World Wide Web 122. Other customers may choose to connect with the system via their cable television subscriber network 120. Additional and/or back-up connections via cable 121 or the Internet 123, 124 can be provided as a failsafe and/or to be added at times of peak demand. Customers who are connected to a local area network (LAN) 125, 126 or a wide area network (WAN) 128 can connect to the system through the LAN or WAN via an Internet router connection 127 or a direct connection via cable or telephone lines. Wireless connections to the system can be made via a wireless telecommunications systems 117 that use satellites and/or earthstations to receive and transmit data. Wireless connections to the system can also be made via a cellular telephone network 118 or a pager or wireless personal digital assistant (PDA) system connection 119.

The connection between the customer and the video-on-demand system can be asymmetrical. For example, the customer can contact the system via a telephone line connection or a wireless personal digital assistant to select and order a movie or other video program and the system can download the video data file via a high speed data connection such as a cable television network, DSL connection or satellite data connection.

The video data files can be stored and viewed in a number of different ways by the customer. The video data files can be downloaded in a directly readable format or they can be downloaded in a compressed data format. The video data files can be downloaded via the Internet or other connection to a desktop computer 129. With appropriate software, the

8

video data file can be decompressed and the movie or video program can be viewed directly on the computer monitor. Alternatively, the computer 129 can record the video data file onto a transferable storage medium, such as a CD ROM or DVD, that can be played on a separate video playing device, such as a DVD player connected to a television set or monitor.

The video data files can also be downloaded via a wired or wireless connection to a laptop computer 130 or palmtop computer 131. The movie or video program can be viewed directly on the computer monitor or it can be recorded on a transferable storage medium to be viewed on a separate video playing device.

The video data files can be downloaded and stored on a set-top data storage device 136 that is connected to a television set or monitor 137. The data storage device 136 may be a dedicated, single-purpose device for storing and playing back downloaded movies and video programs. Alternatively, the data storage device 136 may be integrated with other audiovisual components, such as a video playing device, like a DVD player, and/or a television recording device, like a videocassette recorder (VCR) or more preferably a hard disk storage technology based recording device, such as those currently available under the brand names TIVO and REPLAY TV. Such an integrated device is distinguished from these existing products by its ability to receive high speed downloads of video data files, and, if necessary, to decompress the data files, for later viewing at normal speed.

It is anticipated that as the capabilities of such technologies expand, the video data files will also be able to be downloaded, stored and viewed on personal digital assistants 132, cellular telephones 133 and pagers 134. Video data files and/or video game software can be downloaded, stored and viewed on a video game device 135, which may be a stand-alone device or may be connected to a computer, monitor or television set.

The video-on-demand system is prepared for use by uploading video data files of movies, video programs and other prerecorded materials from their original storage media to the video data capture computer 102 using the first and second data input stations 100, 101. The video data capture computer 102 converts the original video data files into the preferred video data storage format and stores the video data files in the first generation video data storage unit 103. The video data files from the first generation video data storage unit 103 are sorted by categories and stored on the second generation video data storage unit 105 in indexed master files 105A, 105B, 105C, 105D, etc. NTSC, PAL and/or HDTV versions of the video data files are created and stored in data storage units 107, 109, as appropriate for the markets to be served by the system. The video data files in data storage units 107, 109 may be subsets of the complete video data files based on the expected popularity of particular movies and other forms of entertainment in the various markets to be served. At each step of the process, back-up files are created for security against data loss or corruption. Each of the back-up files may be created simultaneously with, or in a subsequent operation to, creation of the primary video data files. The video data files on each level can be updated or expanded at any time, for example for the addition of newly released movies to the collection. The computer servers 113, 114 are programmed with file handling, order processing and accounting and billing software and the system is connected to the various access networks through the ISP/ASP interfaces 115, 116 to make it ready for operation.

US 7,254,622 B2

9

In operation, a customer initiates a transaction by contacting the video-on-demand system through one of the various means described above. In one particularly preferred method, the customer contacts the remotely accessible computer servers 113, 114 of the system through the ISP/ASP interfaces 115, 116 via a website accessible on the Internet or the World Wide Web. The website presents the customer with a graphical user interface (GUI) for selecting, ordering and downloading various video materials. The website can be contacted using any device that is Internet Protocol enabled. In an alternate method, the customer can contact the system using a voice activated user interface over a telephone or cellular telephone network using voice commands to select and order video materials. For computers or telecommunications devices with both capabilities, a combined graphical and voice activated user interface provides additional flexibility and convenience to the customer.

If this is a customer's first transaction on the video-on-demand system, the website or other user interface will take the customer through a registration procedure. New customers will be asked for identification and billing information and will be queried about the preferred viewing format and download pathway for video materials, depending on their hardware and software configuration. A unique account number and a password will be assigned to or selected by the customer. If desired, the account number may include significant identifying information, such as a unique geographical identifier. In an exemplary embodiment, a unique account number may be created using the customer's telephone number, a geographical code, which may be a postal code, such as an extended zip code, or the three digit identification code for the nearest airport, and three trailing digits.

Return customers can sign in and enter the website or user interface without registration by giving their account number and password or other identifying information. The sign-in step can be handled automatically by the customer's computer or other connecting device if it is programmed to do so. After signing in, return customers can update identification, billing, viewing format and download pathway information at any time. Once connected to the website or user interface, the customer can browse, search and select one or more movies or other video programs to rent or purchase. Descriptions, reviews, advertisements, clips and trailers of the video materials may be provided to help customers make their selections. Customers can create search agents to help then identify and select movies and video programs that meet certain desired characteristics and/or based on previous selections and the customer's evaluation of them.

The customer selects whether he or she wishes to purchase or rent the video selections and, if appropriate, specifies a time period for the rental. The computer server 113, 114 completes the billing and accounting portion of the transaction and stores the account information in the accounting and billing record database on data storage unit 111. Preferably, billing and payment for the transaction are handled electronically over the Internet using a secure Internet payment protocol.

The selected video data files may be downloaded to the customer immediately or at a later specified time. At the specified time, the computer server 113, 114 through which the request was received accesses the video data file in the appropriate data storage unit 105, 107, 109 and creates a temporary video data file 113A, 113B . . . 113M, 114A, 114B . . . 114M by transferring the video data over a high speed data link to the computer server 113, 114 appropriate

10

for the selected download method. The transfer of video data files over the high speed data link is continuously monitored by error detection and correction software. The video data file is then downloaded to the customer via the appropriate ISP/ASP interface 115, 116. The video data file is downloaded at high speed and stored on the customer's video player device for viewing at a time of the customer's own choosing. The video player device allows the viewer to stop, pause, replay, slow motion replay and fast forward the video program at any time while viewing. The downloading of video data files to the customer is continuously monitored by error detection and correction software.

As mentioned above, the connection between the customer and the video-on-demand system can be asymmetrical. If the customer contacts the system to place an order through a different device than the device used for storing and viewing the video data file, the order processing and the video data file downloading may be handled on different computer servers 113, 114 and/or over different ISP/ASP interfaces 115, 116.

Purchased and/or rented video data files will preferably be downloaded in a copy protected format to prevent unauthorized reproduction or resale of the video data files by the customer. In addition, rented video data files will preferably be downloaded in a time sensitive format that will delete the file or make it inaccessible or unviewable after the expiration of the specified rental period. Alternatively or in addition, rented video data files may be downloaded in a format that limits the number of viewings, after which the files would be deleted or made inaccessible or unviewable. This eliminates the need for returning rented video materials and the inconvenience and potential expense associated with it. If desired, the customer may increase or renew the rental period and/or upgrade a rental to a purchase for an additional fee. This feature may be implemented in such a way that a repeat download of the video data files will be unnecessary, for example by supplying the customer with an authorization number to renew or upgrade the transaction. The system may also be configured to allow prior purchasers of a video data file to download the file again in the event of damage, loss of data corruption of the original video data file.

While the present invention has been described herein with respect to the exemplary embodiments and the best mode for practicing the invention, it will be apparent to one of ordinary skill in the art that many modifications, improvements and subcombinations of the various embodiments, adaptations and variations can be made to the invention without departing from the spirit and scope thereof.

What is claimed is:

1. A multitiered video-on-demand system configured for high speed downloading of video data files with fault tolerance and resistance to data corruption, comprising:

a first system tier including:

a first generation video data storage unit for storing original video data files;

wherein the first system tier is configured to not be remotely accessible by customers of the video-on-demand system;

a second system tier including:

a second generation video data storage unit for storing second generation video data files sorted by category and classified in indexed master files;

a high speed data link between the first generation video data storage unit and the second generation video data storage unit, the high speed data link being configured to allow high speed downloading of video data files from the first generation video data storage unit to the

US 7,254,622 B2

11

second generation video data storage unit and to prevent uploading of data from the second generation video data storage unit to the first generation video data storage unit, thus resisting data corruption of the original video data files on the first generation video data storage unit;

an error detection system for monitoring the downloading of second generation video data files from the first generation video data storage unit to the second generation video data storage unit and for errors in the second generation video data files, the error detection system being configured to stop the downloading of a second generation video data file if an error is detected and to start the downloading over from the last point where the second generation video data file was known to be not corrupted, the error detection system being further configured to selectively initiate the video-on-demand system to restore the second generation video data file on the second generation video data storage unit from the original video data files on the first generation video data storage unit if repeated errors are detected in the downloading of the second generation video data file;

wherein the second system tier is configured to not be remotely accessible by customers of the video-on-demand system;

a third system tier including:

a remotely accessible computer server configured for accessing the video data files, creating temporary video data files and downloading the temporary video data files for storage and viewing on a customer's video playing device;

a high speed data link between the second generation video data storage unit and the remotely accessible computer server, the high speed data link being configured to allow high speed downloading of video data files from the second generation video data storage unit to the remotely accessible computer server and to prevent uploading of data from the remotely accessible computer server to the second generation video data storage unit, thus resisting data corruption of the second generation video data files on the second generation video data storage unit; and

an error detection system for monitoring the downloading of temporary video data files from the remotely accessible computer server and for detecting errors in the temporary video data files, the error detection system being configured to stop the downloading of a temporary video data file if an error is detected and to start the downloading over from the last point where the temporary video data file was known to be not corrupted, the error detection system being further configured to initiate the video-on-demand system to restore the temporary video data file on the remotely accessible computer server from the second generation video data storage unit if repeated errors are detected in the downloading of the temporary video data file;

wherein only the third system tier is configured to be remotely accessible by customers of the video-on-demand system.

2. The video-on-demand system of claim 1, further comprising:

a back-up first generation video data storage unit for storing back-up original video data files.

12

3. The video-on-demand system of claim 1, further comprising:

a back-up second generation video data storage unit for storing back-up video data files.

4. The video-on-demand system of claim 1, further comprising:

at least one video data storage unit for storing versions of the video data files in a specified video display format.

5. The video-on-demand system of claim 4, further comprising:

a back-up video data storage unit for storing back-up copies of the versions of the video data files in the specified video display format.

6. The video-on-demand system of claim 4, further comprising:

a second video data storage unit for storing a second version of the video data files in a second specified video display format.

7. The video-on-demand system of claim 1, wherein the remotely accessible computer server is configured for downloading the temporary video data files to the customer's video playing device via an Internet Service Provider.

8. The video-on-demand system of claim 1, wherein the remotely accessible computer server is configured for downloading the temporary video data files to the customer's video playing device via a wireless Internet Service Provider.

9. The video-on-demand system of claim 1, wherein the remotely accessible computer server is configured for downloading the temporary video data files to the customer's video playing device in a compressed data format.

10. The video-on-demand system of claim 1, further comprising:

a first data input station configured for uploading original video data of movies or other video programs from their original storage medium to a video data capture computer.

11. The video-on-demand system of claim 10, further comprising:

a second data input station configured for uploading original video data of movies or other video programs from electronic data format to the video data capture computer.

12. A multitiered video-on-demand system configured for high speed downloading of video data files with fault tolerance and resistance to data corruption, comprising:

a first system tier including:

a first data input station configured for uploading original video data of movies or other video programs from their original storage medium;

a second data input station configured for uploading original video data of movies or other video programs from electronic data format;

a video data capture computer for converting the original video data to original video data files of a selected data storage format;

a first generation video data storage unit for storing the original video data files;

a back-up first generation video data storage unit for storing back-up original video data files;

a high speed data link between the first generation video data storage unit and the back-up first generation video data storage unit configured to allow high speed transfer of video data files from the first generation video data storage unit to the back-up first generation video data storage unit and to allow high speed transfer of video data files from the back-up first generation video

US 7,254,622 B2

13

data storage unit to the first generation video data storage unit to refresh or restore the original video data files if data corruption is detected;

wherein the first system tier is configured to not be remotely accessible by customers of the video-on-demand system;

a second system tier including:

a second generation video data storage unit for storing second generation video data files sorted by category and classified in indexed master files;

a high speed data link between the first generation video data storage unit and the second generation video data storage unit, the high speed data link being configured to allow high speed downloading of video data files from the first generation video data storage unit to the second generation video data storage unit and to prevent uploading of data from the second generation video data storage unit to the first generation video data storage unit, thus resisting data corruption of the original video data files on the first generation video data storage unit;

a back-up second generation video data storage unit for storing back-up second generation video data files sorted by category and classified in indexed master files;

a high speed data link between the second generation video data storage unit and the back-up second generation video data storage unit configured to allow high speed transfer of video data files from the second generation video data storage unit to the back-up second generation video data storage unit and to allow high speed transfer of video data files from the back-up second generation video data storage unit to the second generation video data storage unit to refresh or restore the second generation video data files if data corruption is detected;

an error detection system for monitoring the downloading of second generation video data files from the first generation video data storage unit to the second generation video data storage unit and for second generation errors in the temporary video data files, the error detection system being configured to stop the downloading of a second generation video data file if an error is detected and to start the downloading over from the last point where the second generation video data file was known to be not corrupted, the error detection system being further configured to selectively initiate the video-on-demand system to restore the second generation video data file on the second generation video data storage unit from the first generation video data files on the first generation video data storage unit or from the back-up second generation video data files on the back-up second generation video data storage unit if repeated errors are detected in the downloading of the second generation video data file;

a first video data storage unit for storing a first version of the video data files in a first specified video display format;

a back-up first video data storage unit for storing back-up copies of the versions of the video data files in the first specified video display format;

a second video data storage unit for storing a second version of the video data files in a second specified video display format;

a back-up second video data storage unit for storing back-up copies of the versions of the video data files in the second specified video display format;

14

wherein the second system tier is configured to not be remotely accessible by customers of the video-on-demand system;

a third system tier including:

a first remotely accessible computer server configured for accessing the video data files in the second generation video data storage unit, the first video data storage unit and/or the second video data storage unit, creating temporary video data files and downloading the temporary video data files via an Internet Service Provider for storage and viewing on a customer's video playing device;

a high speed data link between the second generation video data storage unit and the first remotely accessible computer server, the high speed data link being configured to allow high speed downloading of video data files from the second generation video data storage unit to the first remotely accessible computer server and to prevent uploading of data from the first remotely accessible computer server to the second generation video data storage unit, thus resisting data corruption of the second generation video data files on the second generation video data storage unit;

a second remotely accessible computer server configured for accessing the video data files in the second generation video data storage unit, the first video data storage unit and/or the second video data storage unit, creating temporary video data files and downloading the temporary video data files via a wireless Internet Service Provider for storage and viewing on a customer's video playing device;

a high speed data link between the second generation video data storage unit and the second remotely accessible computer server, the high speed data link being configured to allow high speed downloading of video data files from the second generation video data storage unit to the second remotely accessible computer server and to prevent uploading of data from the second generation video data storage unit, thus resisting data corruption of the second generation video data files on the second generation video data storage unit; and

an error detection system for monitoring the downloading of temporary video data files from the first and second remotely accessible computer servers and for detecting errors in the temporary video data files, the error detection system being configured to stop the downloading of a temporary video data file if an error is detected and to start the downloading over from the last point where the temporary video data file was known to be not corrupted, the error detection system being further configured to initiate the video-on-demand system to restore the temporary video data file on the first and/or second remotely accessible computer servers from the second generation video data files on the second generation video data storage unit if repeated errors are detected in the downloading of the temporary video data file;

wherein only the third system tier is configured to be remotely accessible by customers of the video-on-demand system.

* * * * *

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.        : 7,254,622 B2                              Page 1 of  1
APPLICATION NO. : 09/738425
DATED              : August 7, 2007
INVENTOR(S)     : Tetsuya Nomura

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title Page, item [76] Inventors: should read

--Tetsuya Nomura.--

Signed and Sealed this

Twentieth Day of November, 2007



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

# EXHIBIT 02

*(Remainder of this page is intentionally blank.)*

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

Case_No_C11_01210_Amazon_Revised_A_110412_01

[01] (START INTERNET)

[02] ISP/ASP MAIN MENU

[03] Input AMAZON .COM

[04] AMAZON HOME PAGE Pop Up

[01] Viewers/Users from Fig.1 (125 ~ 137)

[02]

Choice of telecommunication carrier (like Comcast,AT&T,Verizon,WiFi, StarbucksCafe and so on. (Fig.1 120 and121)+(118 and119)
After connected to Internet, You can get ISP portal gate main menu. which is Fig.1 Box 115 or Box 116 via backbone service provider (Fig.1 120 and121)+(118 and119)
In the absence of Box 115 or Box 116, You can not cross the bridge to Video contents remote acessible server (Fig.1 Box 113 and 114).

[03] and [04]

Input Amazon Dot Com in locator box at menu bar is Box 115 or 116. Click mouse at Amazon Instant Video or Picture spot in Home Page Selected video or movie shows in screen from Box 113 or Box 114.

Video-on-demand system  What is claimed is:     **Distribution Layer Modules**

A) VoD Web Contents Server Phase   B) Internet TeleCommunication Portal Gate Phase   C)Viewers & Users Phase



AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

# EXHIBIT 03

http://www.amazon.com/

*(Remainder of this page is intentionally blank.)*

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

The Best Prices on the Most Laptops



Acer                    Dell                    ASUS

› See all laptops

---

**Your Recent History** (what's this?)

**Recently Viewed Items**                    Continue Shopping: Customers Who Bought Items in Your Recent History Also Bought                    Page 1 of 13

 IMDb Movies & TV by IMDb Mobile, LLC

  

Flixster                 TV.com                 Dictionary.com           Adobe Reader
★★★☆☆                    ★★★★☆                   ★★★★☆                    ★★★★☆
$0.00                    $0.00                   $0.00                    $0.00
Fix this recommendation  Fix this recommendation Fix this recommendation  Fix this recommendation

› View and edit your browsing history

---

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Become an Affiliate | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Self-publish with Us | Manage Your Kindle |
| | › See all | Help |

**amazon**.com

Canada  China  France  Germany  Italy  Japan  United Kingdom

Conditions of Use   Privacy Notice   © 1996-2011, Amazon.com, Inc. or its affiliates

# EXHIBIT 04

http://www.amazon.com/s/ref=MoviesHPBB_Format_AIV?
ie=UTF8&node=2625373011&bbn=2625373011&field-format_browse-
bin=2650306011&page=1&pf_rd_m=ATVPDKIKX0DER&pf_rd_s=left-
1&pf_rd_r=0S7K0HFS54JVY0D7WB2S&pf_rd_t=101&pf_rd_p=1314314122&pf_rd_i=26253
73011

*(Remainder of this page is intentionally blank.)*

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

**amazon**.com    Hello. Sign in to get personalized recommendations. New customer? Start here    Save Up to 25% Off College Essentials

Your Amazon.com   Today's Deals   Gifts & Wish Lists   Gift Cards    Your Digital Items   Your Account   Help

Shop All Departments   Search  Amazon Instant Video    Go    Cart   Wish List

Amazon Instant Video    Most Popular    Getting Started    Watch On Your TV    Prime Instant Videos    Your Video Library    Passes and Pre-orders    Get Help    DVD & Blu-ray

**Instant Video Deal of the Day**
Today only, rent *Reel* for just $0.99. See more digital deals.

**Browse**
Amazon Instant Video
  Movies
  TV Shows
  Today's Deals
  Included with Amazon Prime
    Prime Instant Movies
    Prime Instant TV Shows
    › Learn More
Watch Now: Here's How
  Your Video Library
  Watch Online
  Watch on Your TV
Movies
  Included with Prime
  New Releases
  Movies to Rent
  Movies to Own
  Pre-Order Movies
  › All Movies
TV Shows
  Included with Prime
  Latest TV Episodes
  Shows in HD
  Deals on TV Passes
  › All TV
Special Deals
  Today's Deals
  $1.99 Rentals
  $2.99 Rentals
  Own for $5.00 or Less
  TV Seasons Under $15
  Free Movies
  Disc+ On Demand
  › All Deals
Popular Genres
  Action & Adventure
  Animation

# Amazon Instant Video
Get great instant hits movies and TV shows online, or, your computer or on your TV

## Unlimited, Commercial-Free, Instant Streaming
## Included with Amazon Prime



› Start your one-month free trial

### Now Included with Prime Instant Videos    Page 1 of 7


**Elizabeth**
Cate Blanchett, Geoffrey Rush, ...
Amazon Instant Video


**Notting Hill**
Julie Roberts, Hugh Grant, Richard...
Amazon Instant Video


**Eternal Sunshine of the Spotless Mind**
Jim Carrey, Kate Winslet, Gerry...
Amazon Instant Video

› See more

### New Releases: We've Got Your Movie Night Right Here


**Win Win**
Paul Giamatti, Amy Ryan, Bobby...
Amazon Instant Video


**Pom Wonderful Presents: The Greatest...**
Morgan Spurlock, Jeremy Chilnick, ...
Amazon Instant Video


**Blitz**
Jason Statham, Paddy Considine, ...
Amazon Instant Video


**The Beaver**
Mel Gibson, Cherry Jones, Jodie...
Amazon Instant Video

**Star Trek Shows Now Included with Prime**
We've added every season of every Star Trek show to Prime Instant videos. If you're a Prime member, you now have unlimited instant streaming of the Original Series, The Next Generation, Deep Space Nine, Voyager, and Enterprise.


**Quick, Easy Setup: Roku 2 XS**
Start watching movies on your TV in seconds using your high-speed Internet connection. Learn more about Roku.

**Up to 50% Off Digital Movies**
Choose from dozens of new and classic movies in our Spotlight Deals sale, at up to 50% off their regular prices.
› See all titles on sale

**Bestsellers**
**Amazon Instant Video : TV Episodes**
Top shows to watch now. Updated hourly


1. Cornered
$1.99


2. Belly Up & Up
$1.99

3. Me First
$1.99


4. Clash Of The Titans
$1.99



5. Jeter
$1.99

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

Bollywood
Classics
Comedy
Disney
Documentary
Drama
Gay & Lesbian
Horror
Independent Film
International
Kids & Family
Romance
Science Fiction
› All Genres

Featured Channels
ABC
BBC America
Bravo
CBS
Comedy Central
The CW
Discovery Channel
FOX
FX
HBO
MTV
National Geographic
NBC
Nickelodeon
Nick Jr.
PBS
Showtime
Starz
Syfy
TLC
TNT
The Travel Channel
USA Network
VH1
› More TV

Tell Us What You Think
We're always looking to
improve the customer
experience at Amazon
Instant Video, and would
love to get your
comments. Send us your
feedback and let us know
what you think.

Deals and Updates for You



The Grace Card
Michael Joiner, Michael
Higgenbottom, ...
Amazon Instant Video




Jane Eyre
Mia Wasikowska, Michael
Fassbender, ...
Amazon Instant Video



Your Highness
Danny McBride, James
Franco, ...
Amazon Instant Video



Assassination Games
(Theatrical Rental)
Jean-Claude Van
Damme, Scott Adkins, ...
Amazon Instant Video



Paul
Simon Pegg, Nick Frost,
Seth Rogen, ...
Amazon Instant Video



Trust
Clive Owen, Catherine
Keener, ...
Amazon Instant Video



Jumping The Broom
Angela Bassett, Paula
Patton, Laz...
Amazon Instant Video



Cave of Forgotten
Dreams
Werner Herzog,
Dominique Baffier, ...
Amazon Instant Video

› See more new releases

## Browse Instant Video Movie Releases by Week

**Aug. 16, 2011**

- Something
  Borrowed
- Priest
- The Conspirator
- Hoodwinked Too!
  Hood vs. Evil
- The Grace Card
  › More...

**Aug. 23, 2011**

- Trollhunter
  (English Subtitled)
- The Elephant in
  the Living Room
- Win Win
- Henry's Crime
- Win Win
  › More...

**Aug. 30, 2011 & Beyond**

- In A Better World
  (August 30)
- The 5th Quarter
  (August 30)
- Skateland (August
  30)
- The Devil's
  Teardrop (August
  30)
- Bereavement
  (August 30)
  › More...

## Bestselling Movies & TV in Featured Categories



Comedies



Action & Adventure



Dramas



Breaking Bad

---



**6.** Family Affair
$1.99



**7.** Past Imperfect
$1.98



**8.** Forget Me Not
$1.99

**9.** Bloodlines
$1.99

**10.** Money Changes Everything
$1.99

› See all bestsellers in TV Episodes

Bestsellers
**Amazon Instant Video : Movies**
Rent top movies to watch tonight. Updated
hourly



**1.** Something Borrowed
**Kate Hudson**
Amazon Instant Video
$3.99



**2.** Priest
**Paul Bettany**
Amazon Instant Video
$3.99



**3.** Red
**Bruce Willis**
Amazon Instant Video
$0.99



**4.** Limitless
**Bradley Cooper**
Amazon Instant Video
$3.99



**5.** Rio
**Anne Hathaway**
Amazon Instant Video
$3.99



**6.** The Conspirator
**James McAvoy**
Amazon Instant Video
$3.99

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

- *Lights Out, Damages*
  › All FX Shows
- *Warehouse 13, Battlestar Galactica*
  › All Syfy Shows
- _____
  › All USA Shows

Most Popular This Year...So Far: TV Shows at Amazon Instant Video



Breaking Bad          Eureka          Burn Notice          The Closer

**Your Recent History** (What's this?)

**Recently Viewed Items**

IMDb Movies & TV by IMDb Mobile, LLC

**Continue Shopping: Customers Who Bought Items in Your Recent History Also Bought**          Page 1 of 13



Movies          Tv.com          Dictionary.com          Adobe Reader
$0.00            $0.00            $0.00                   $0.00
Fix this recommendation   Fix this recommendation   Fix this recommendation   Fix this recommendation

› View and edit your browsing history

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Become an Affiliate | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Self-publish with Us | Manage Your Kindle |
|  | - See all | Help |

**amazon.com**

Canada  China  France  Germany  Italy  Japan  United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | Diapers.com | DPReview | Endless | Fabric |
| IMDb | MYHABIT | Shopbop | Small Parts | Soap.com | Warehouse Deals | Woot | Zappos | |

Conditions of Use   Privacy Notice   © 1996-2011, Amazon.com, Inc. or its affiliates

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 05

https://secure.wikimedia.org/wikipedia/en/wiki/Amazon.com

*(Remainder of this page is intentionally blank.)*

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

⌕ Log in / create account

Article   Discussion          Read   Edit ▾   Search                              ⌕

# Amazon.com

From Wikipedia, the free encyclopedia

**WIKIPEDIA**
The Free Encyclopedia

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia

▼ Interaction
  Help
  About Wikipedia
  Community portal
  Recent changes
  Contact Wikipedia

▶ Toolbox

▶ Print/export

▼ Languages
  العربية
  Беларуская
  (тарашкевіца)
  Bosanski
  Български
  Català
  Česky
  Dansk
  Deutsch
  Eesti
  Español
  فارسی
  Français
  Galego
  한국어

**Amazon.com, Inc.** (NASDAQ: AMZN ⧉) is a US-based multinational electronic commerce company. Headquartered in Seattle, Washington, it is the world's largest online retailer,[3] with nearly three times the Internet sales revenue of the runner up, Staples, Inc., as of January 2010.

Jeff Bezos founded Amazon.com, Inc. in 1994 and the site went online in 1995. The company was originally named Cadabra, Inc., but the name was changed when it was discovered that people sometimes heard the name as "Cadaver". The name Amazon.com was chosen because the Amazon River is one of the largest rivers in the world and so the name suggests large size, and also in part because it starts with "A" and therefore would show up near the beginning of alphabetical lists. Amazon.com started as an online bookstore, but soon diversified, selling DVDs, CDs, MP3 downloads, computer software, video

**Amazon.com, Inc.**

**amazon**.com

| | |
|---|---|
| Type | Public |
| Traded as | NASDAQ: AMZN ⧉<br>NASDAQ-100 Component<br>S&P 500 Component |
| Founded | 1994 |
| Founder | Jeff Bezos |
| Headquarters | Seattle, Washington, U.S. |
| Area served | Worldwide |
| Key people | Jeff Bezos<br>(Chairman, President & CEO) |
| Industry | Online shopping<br>Cloud computing |
| Products | Amazon.com<br>Zappos<br>Amazon Studios<br>Amazon Web Services<br>A2Z Development<br>A9.com<br>Alexa Internet<br>Audible.com<br>Endless.com<br>IMDb<br>Kindle<br>Lovefilm<br>Woot |
| Revenue | ▲ US$ 34.204 billion (2010)[1] |
| Operating income | ▲ US$ 1.406 billion (2010)[1] |

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bahasa Indonesia
Íslenska
Italiano
עברית
Lietuvių
Magyar
Македонски
മലയാളം
Bahasa Melayu
Nederlands
日本語
Norsk (bokmål)
Norsk (nynorsk)
Polski
Português
Română
Русский
Simple English
Slovenčina
Suomi
Svenska
தமிழ்
తెలుగు
ไทย
Türkçe
Українська
ئۇيغۇرچە / Uyghurche
Tiếng Việt
中文

games, electronics, apparel, furniture, food, and toys. Amazon has established separate websites in Canada, the United Kingdom, Germany, France, Italy, Austria, Japan, and China. It also provides international shipping to certain countries for some of its products.

## Contents [hide]

1 History
    1.1 Acquisitions
    1.2 Investments
    1.3 Spinoffs
2 Merchant partnerships
3 Locations
    3.1 Headquarters
    3.2 Software development centers
    3.3 Fulfillment and warehousing
    3.4 Closed fulfillment and warehousing locations
4 Products and services
    4.1 Amazon Web Services
    4.2 Amazon Prime
    4.3 Amazon Publishing
    4.4 Subscribe & Save
    4.5 Other services
    4.6 Amazon.com exclusives
5 Website
    5.1 Reviews
    5.2 Content search
    5.3 Third-party sellers
6 Controversies
    6.1 Sales and use taxes

| | |
|---|---|
| Net income | ▲ US$ 1.152 billion (2010)[1] |
| Total assets | ▲ US$ 18.797 billion (2010)[1] |
| Total equity | ▲ US$ 6.864 billion (2010)[1] |
| Employees | 33,700 (2010)[1] |
| Website | amazon.com ⧉ |
| Alexa rank | 17 (August 2011)[2] |
| Type of site | E-commerce |
| Advertising | Web banners Videos |
| Available in | English, Japanese, German, French, Italian & Chinese |
| Launched | 1995 |

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

7 Lobbying
8 Entrepreneurship by former
employees
9 See also
10 References
11 Further reading
12 External links

## History                                                                [edit]

Amazon was founded in 1995,[4] spurred by what Bezos called "regret minimization framework", his effort to fend off regret for not staking a claim in the Internet gold rush.[5] Company lore says Bezos wrote the business plan while he and his wife drove from New York to Seattle,[6] although that account is disputed. Bezos flew from New York to Texas, where he picked up a car from a family member, and then drove from Texas to Seattle.



Jeff Bezos, the founder of Amazon.com

The company began as an online bookstore;[7] while the largest brick-and-mortar bookstores and mail-order catalogs for books might offer 200,000 titles, an online bookstore could offer more. Bezos named the company "Amazon" after the world's largest river.[8] Since 2000, Amazon's logotype is an arrow leading from A to Z, representing customer satisfaction (as it forms a smile); a goal was to have every product in the alphabet.[9]

Amazon was incorporated in 1994, in the state of Washington. In July 1995, the company began service and sold its first book on amazon.com - Douglas Hofstadter's *Fluid Concepts and Creative Analogies: Computer Models of the Fundamental Mechanisms of Thought*.[10] In 1996, it was reincorporated in Delaware. Amazon issued its initial public offering of stock on May 15, 1997, trading under the NASDAQ stock exchange symbol **AMZN**, at an IPO price of US$18.00 per share ($1.50 after three stock splits in the late 1990s).

Barnes and Noble filed a lawsuit on 12 May 1997, alleging that Amazon's claim to be "The world's largest bookstore" was false. They asserted "[It] isn't a bookstore at all. It's a book broker." The suit was later settled out of court. Amazon continued

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

to call itself "The world's largest bookstore."[11] This was followed by Walmart filing suit on 16 October 1998, alleging that Amazon had stolen trade secrets by hiring former Walmart executives. Although this suit was settled out of court, it led to work restrictions and reassignment of the former Walmart executives.[11]

Amazon's initial business plan was unusual: the company did not expect a profit for four to five years. Its "slow" growth provoked stockholder complaints that the company was not reaching profitability fast enough. When the dot-com bubble burst, and many e-companies went out of business, Amazon persevered, and finally turned its first profit in the fourth quarter of 2001: $5 million or 1¢ per share, on revenues of more than $1 billion, but the modest profit was important in demonstrating the business model could be profitable. In 1999, *Time* magazine named Bezos Person of the Year, recognizing the company's success in popularizing online shopping.

## Acquisitions                                                              [edit]

- 1998: Bookpages.co.uk,[12] a UK online book retailer, which became Amazon UK on October 15, 1998.[13]
- 1999: Internet Movie Database (IMDb).;[14] Cambridge, Massachusetts-based PlanetAll, a reminder service; Sunnyvale-based Junglee.com, an XML-based data mining startup[15] Alexa Internet, Accept.com, and Exchange.com[16]
- 2003: online music retailer CD Now.[17]
- 2004: Joyo.com, a Chinese e-commerce website.[18]
- 2005: BookSurge,[19] a print on demand company, and Mobipocket.com, an eBook software company.[20][21] CreateSpace.com (formerly CustomFlix), a Scotts Valley, California-based distributor of on-demand DVDs.[22] CreateSpace has since expanded to include on-demand books, CDs, and video.
- 2006: Shopbop, a Madison, Wisconsin-based retailer of designer clothing and accessories for women.[23]
- 2007: dpreview.com, a London-based digital photography review website; Brilliance Audio, the largest independent publisher of audiobooks in the United States.[24]
- 2008: Audible.com; Fabric.com;[25] Box Office Mojo;[26] AbeBooks;[27] Shelfari;[28] (including a 40% stake in LibraryThing and whole ownership of Bookfinder.com, Gojaba.com, and FillZ); Reflexive Entertainment,[29] a casual video game development company.
- 2009: Zappos,[30] an online shoe and apparel retailer[31] Lexcycle[32]
- 2010: Touchco.,[33] Woot,[34] Quidsi, Buyvip, Amie Street.
- 2011: Lovefilm,[35] The Book Depository.[36]

Investments

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

## Investments [edit]

- 2008: Engine Yard, a Ruby-on-Rails platform-as-a-service (PaaS) company. [37]
- 2010: LivingSocial, a local deal site.[38]

## Spinoffs [edit]

- 2004: A9.com, a company focused on researching and building innovative technology.[39]
- 2004: Lab126, developers of integrated consumer electronics such as the Kindle.
- 2007: Endless.com, an e-commerce brand focusing on shoes.[40]

## Merchant partnerships [edit]

The website CDNOW is powered and hosted by Amazon. Until June 30, 2006, typing ToysRUs.com into a browser would similarly bring up amazon.com's Toys & Games tab; however, this relationship was terminated as the result of a lawsuit.[41] Amazon also hosted and ran the website for Borders bookstores, but this ceased in 2008.[42]

Amazon.com powers and operates retail web sites for Target, Sears Canada, Benefit Cosmetics, bebe Stores, Timex, Marks & Spencer, Mothercare, and Lacoste. For a growing number of enterprise clients, currently including the UK merchants Marks & Spencer, Benefit Cosmetics' UK entity, edeals.com, and Mothercare, Amazon provides a unified multichannel platform where a customer can seamlessly interact with some people that they call the retail website, standalone in-store terminals, or phone-based customer service agents. Amazon Web Services also powers AOL's Shop@AOL.

## Locations [edit]

Amazon.com has offices, fulfillment centers, customer service centers and software development centers across North America, Latin America, Europe and Asia.[43]

## Headquarters [edit]

The company's global headquarters are located in Seattle's South Lake Union neighborhood.



### Software development [edit]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**centers**

The company employs software developers in centers across the globe. While much of Amazon's software development is in Seattle, other locations include Slough (England) and Edinburgh (Scotland), Dublin (Ireland), Bangalore, Chennai, and Hyderabad (India), Cape Town (South Africa), Iaşi (Romania), Shibuya, Tokyo (Japan), Beijing (China), Orange County (United States), and San Francisco (United States).



amazon.com's former headquarters in the former U.S. Public Health Hospital (Merchant Marine & Indians) in Beacon Hill, Seattle.

## Fulfillment and warehousing                                    [edit]

Fulfillment centers are located in the following cities, often near airports. These centers also provide warehousing and order-fulfillment for third-party sellers:[44]

- North America:
  - USA: Phoenix and Goodyear, AZ; New Castle, DE; Whitestown and Plainfield, IN; Coffeyville, KS; Campbellsville, Hebron (near Cincinnati), Lexington and Louisville, KY; Fernley and North Las Vegas, NV; Nashua, NH; Carlisle, Hazleton, Allentown, Lewisberry, PA; Lexington, SC;[45][46] Chattanooga, TN; and Irving, TX[47] (between Dallas and Fort Worth); Sterling, VA; Bellevue, WA.[48]
  - Canada: Ontario, Mississauga - Canada Post facility
- Europe:
  - England: Marston Gate, near Brogborough, Bedfordshire, Peterborough, Doncaster.
  - Scotland: Gourock, Inverclyde; Glenrothes (Fife)
  - Wales: Crymlyn Burrows, Swansea[49][50] near Jersey Marine[51]
  - France: Boigny-sur-Bionne (2000) and Saran (2007), Loiret; Montélimar, Drôme (2010)
  - Germany: Bad Hersfeld, Hesse; Leipzig, Saxony
  - Slovakia: Bratislava (2011)[52]
- Asia:



Amazon.co.uk warehouse, Glenrothes.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

- Asia:
  - Japan: Ichikawa and Yachiyo, Chiba; Sakai and Daito, Osaka; Kawagoe, Saitama
  - China: Guangzhou, Suzhou, Beijing

## Closed fulfillment and warehousing locations [edit]

These U.S. distribution centers have been closed: Red Rock, Nevada; Chambersburg, Pennsylvania; Munster, Indiana; and McDonough, Georgia. [53][54][55]

## Products and services [edit]

Amazon product lines include books, music CDs, videotapes and DVDs, software, consumer electronics, kitchen items, tools, lawn and garden items, toys & games, baby products, apparel, sporting goods, gourmet food, jewelry, watches, health and personal-care items, beauty products, musical instruments, clothing, industrial & scientific supplies, and groceries.



Third-generation Amazon Kindle

The company launched amazon.com Auctions, a Web auctions service, in March 1999. However, it failed to chip away at industry pioneer eBay's large market share. amazon.com Auctions was followed by the launch of a fixed-price marketplace business, zShops, in September 1999, and the now defunct Sotheby's/Amazon partnership called *amazon.com* in November. Auctions and zShops evolved into Amazon Marketplace, a service launched in November 2000 that let customers sell used books, CDs, DVDs, and other products alongside new items. Today, Amazon Marketplace's main rival is eBay's Half.com service.

In August 2005,[56] Amazon began selling products under its own private label, "Pinzon"; the trademark applications indicated that the label would be used for textiles, kitchen utensils, and other household goods.[56] In March 2007, the company applied to expand the trademark to cover a more diverse list of goods,

and to register a new design consisting of the "word PINZON in stylized letters with a notched letter O whose space appears at the "one o'clock" position".[57] Coverage by the trademark grew to include items such as paints, carpets, wallpaper, hair accessories, clothing, footwear, headgear, cleaning products, and jewelry.[57] On September 2008, Amazon filed to have the name registered. USPTO has finished its review of the application, but Amazon has yet to receive an official registration for the name.

Amazon MP3, its own online music store, launched in the US on September 25, 2007, selling downloads exclusively in MP3 format without digital rights management.[58] This was the first online offering of DRM-free music from all four major record companies.[59][60][61][62]

In August 2007, Amazon announced AmazonFresh,[63] a grocery service offering perishable and nonperishable foods. Customers can have orders delivered to their homes at dawn or during a specified daytime window. Delivery was initially restricted to residents of Mercer Island, Washington, and was later expanded to several ZIP codes in Seattle proper.[64] AmazonFresh also operated pick-up locations in the suburbs of Bellevue and Kirkland from summer 2007 through early 2008.

In 2008 Amazon expanded into film production, producing the film *The Stolen Child* with 20th Century Fox.[65]

Amazon's Honor System was launched in 2001 to allow customers to make donations or buy digital content, with Amazon collecting a percentage of the payment plus a fee. The service was discontinued in 2008.[66] and replaced by Amazon Payments. Amazon launched Amazon Web Services (AWS) in 2002, which provides programmatic access to latent features on its website. Amazon also created "channels" to benefit certain causes. In 2004, Amazon's "Presidential Candidates" allowed customers to donate $5–200 to the campaigns of 2004 U.S. presidential hopefuls. Amazon has periodically reactivated a Red Cross donation channel after crises such as the 9/11, Hurricane Katrina, and the 2004 earthquake and tsunami in the Indian Ocean. By January 2005, nearly 200,000 people had donated over $15.7 million in the US.[67]

## Amazon Web Services [edit]

*Main article: Amazon Web Services*

Amazon Web Services (AWS) was first launched as a public beta of Amazon Elastic Compute Cloud running Microsoft Windows Server and Microsoft SQL Server.[68] This was later expanded to several operating systems including various flavors of Linux and OpenSolaris.

In March 2006, Amazon launched an online storage service called Amazon Simple

Storage Service (Amazon S3). An unlimited number of data objects, from 1 byte to 5 terabytes in size, can be stored in S3 and distributed via HTTP or BitTorrent. The service charges monthly fees for data stored and transferred. In 2006, Amazon introduced Amazon Simple Queue Service (Amazon SQS), a distributed queue messaging service, and product wikis (later folded into Amapedia) and discussion forums for certain products using guidelines that follow standard message board conventions. Also in 2006, Amazon introduced Amazon Elastic Compute Cloud (Amazon EC2), a virtual site farm, allowing users to use the Amazon infrastructure to run applications ranging from running simulations to web hosting. In 2008, Amazon improved the service adding Elastic Block Store (EBS), offering persistent storage for Amazon EC2 instances and Elastic IP addresses, static IP addresses designed for dynamic cloud computing. Amazon introduced SimpleDB, a database system, allowing users of its other infrastructure to utilize a high reliability high performance database system. Amazon continues to refine and add services to AWS, adding such services as Scalable DNS service (Amazon Route 53), payment handling, and AWS specific APIs for their Mechanical Turk service.

## Amazon Prime                                                    [edit]

Amazon Prime offers free two day shipping with no minimum purchase amount for a flat annual fee, as well as discounted one day shipping rates.[69] Amazon launched the program in the continental United States in 2005, in Japan, the United Kingdom and Germany in 2007, and in France (as "Amazon Premium") in 2008. In February 2011, Amazon Prime membership was expanded to include access to 5,000 instant streaming movies and TV shows at no additional cost.[70]

## Amazon Publishing                                               [edit]

Amazon Publishing is Amazon's publishing unit.[71] It is composed of AmazonEncore,[72] AmazonCrossing,[73] Montlake Romance,[74] Thomas & Mercer,[75] and Powered by Amazon. Additional imprints are planned.

In May 2009 Amazon launched AmazonEncore, the inaugural flagship general imprint.[76] AmazonCrossing was announced in May 2010,[77] for translated works into English. The first translated books were the French-language novel *The King of Kahel* and the German-language novel *The Hangman's Daughter* which were released in November and December 2010, respectively.[78]

In May 2011 Amazon launched two genre-focused imprints, Montlake Romance, and Thomas & Mercer. Montlake Romance is an imprint for the romance genre, "Romance is one of our biggest and fastest growing categories, particularly among Kindle customers," said Jeff Belle, vice president of Amazon Publishing.[79] Thomas & Mercer is for mystery titles.[80]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Powered by Amazon is a self-publishing platform that allows the publication of a series of books under any imprint name.[81] For example in May 2011 Seth Godin launched The Domino Project, an imprint created to publish a series of manifestos.[81] It was the inaugural Powered by Amazon imprint project.[81]

## Subscribe & Save                                                          [edit]

Amazon's Subscribe & Save program offers a discounted price on an item (usually sold in bulk), free shipping on every Subscribe & Save shipment, automatic shipment of the item every one, two, three, or six months, with the option of canceling at any time.[82]

## Other services                                                            [edit]

Launched in 2005, Amazon Shorts offers exclusive short stories and non-fiction pieces from best-selling authors for immediate download. By June 2007, the program had over 1,700 pieces and was adding about 50 new pieces per week. In November 2005, amazon.com began testing Amazon Mechanical Turk, an application programming interface (API) allowing programs to dispatch tasks to human processors.

In 2007 Amazon launched Amapedia, a now-defunct wiki for user-generated content to replace ProductWiki, the video on demand service Amazon Unbox, and Amazon MP3, which sells downloadable MP3s.[83] Amazon's terms of use agreements restrict use of the MP3s, but Amazon does not use DRM to enforce those terms.[84] Amazon MP3 sells music from the Big 4 record labels EMI, Universal, Warner Bros. Records, and Sony BMG, as well as independents. Prior to the launch of this service, Amazon made an investment in Amie Street, a music store with a variable pricing model based on demand.[85] Also in 2007 Amazon launched Amazon Vine, which allows reviewers free access to pre-release products from vendors in return for posting a review, as well as payment service specifically targeted at developers, Amazon FPS.[citation needed] In November 2007, Amazon launched Amazon Kindle, an e-book reader which downloads content over "Whispernet", via the Sprint Nextel EV-DO wireless network. The screen uses E Ink technology to reduce battery consumption to provide a more legible display. As of March, 2011, the stated library numbers over 850,000 titles. In December 2007, In August 2007, Amazon launched an invitation-only beta-test for online grocery delivery. It has since rolled out in several Seattle, Washington suburbs.

In January 2008 Amazon began rolling out their MP3 service to subsidiary websites worldwide.[86] In December, 2008, Amazon MP3 was made available in the UK. In September, IMDB and amazon.com launched a Music metadata browsing site with wiki-like user contribution.[87] In November, Amazon partnered with Fisher-Price, Mattel, Microsoft and Transcend to offer products with minimal

packaging to reduce environmental impact and frustration with opening "clamshell" type packaging.[83] Amazon Connect enables authors to post remarks on their book pages to customers. WebStore allows businesses to create custom e-commerce websites using Amazon technology. Sellers pay a commission of 7 percent, including credit-card processing fees and fraud protection, and a subscription fee of $59.95/month for an unlimited number of webstores and listings.

In July 2010 Amazon announced that e-book sales for its Kindle reader outnumbered sales of hardcover books for the first time ever during the second quarter of 2010. Amazon claims that, during that period, 143 e-books were sold for every 100 hardcover books, including hardcovers for which there is no digital edition; and during late June and early July sales rose to 180 digital books for every 100 hardcovers.[88]

In 2011, Amazon announced that it was releasing a Mac download store in order to offer dozens of games and hundreds of pieces of software for Apple computers. [89]

## Amazon.com exclusives [edit]

An Amazon.com exclusive is a product, usually a DVD, that is available exclusively on Amazon.com. Some DVDs are produced by the owner of the film/product, while others are produced by Amazon.com, itself. The DVDs produced by Amazon are made using their Createspace program, in which DVDs are created once ordered using DVD-R technology. The DVDs are then shipped about two days later after being produced. Some DVDs (such as the Jersey Shore Season 1 or The Unusuals Season 1) first release their DVD on Amazon as an Amazon.com Exclusive for a limited time before being released elsewhere. On May 23, 2011 Amazon.com offered customers to download Lady Gaga's Born This Way album for $0.99 which extremely high volume causing downloads to be delayed. [90]

## Website [edit]

The domain *amazon.com* attracted at least 615 million visitors annually by 2008, twice the number of *walmart.com*.[91] Amazon attracts approximately 65 million customers to its U.S. website per month.[92] The company has also invested heavily on a massive amount of server capacity for its website, especially to handle the excessive traffic during the December Christmas holiday season.[93] There are different versions of the website for different countries, such as amazon.co.uk, amazon.fr, amazon.de, amazon.it, amazon.at, amazon.jp, amazon.ca. These sites vary in assortment and prices.

Reviews [edit]

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

### Reviews [edit]

*See also Amazon.com controversies#Amazon Reviews*

Amazon allows users to submit reviews to the web page of each product. Reviewers must rate the product on a rating scale from one to five stars. As with most rating scales, one star stands for the product being abysmal, five stars meaning that the item is stellar. Amazon provides an optional badging option for reviewers which indicate the real name of the reviewer (based on confirmation of a credit card account) or which indicate that the reviewer is one of the top reviewers by popularity. Customers may comment or vote on the reviews, indicating whether or not they found it helpful.

### Content search [edit]

"Search Inside the Book" is a feature which allows customers to search for keywords in the full text of many books in the catalog.[94][95] The feature started with 120,000 titles (or 33 million pages of text) on October 23, 2003.[96] There are currently about 300,000 books in the program. Amazon has cooperated with around 130 publishers to allow users to perform these searches.

To avoid copyright violations, amazon.com does not return the computer-readable text of the book. Instead, it returns a picture of the matching page, disables printing, and puts limits on the number of pages in a book a single user can access. Additionally, customers can purchase online access to some of the same books via the "Amazon Upgrade" program.

### Third-party sellers [edit]

Amazon derives about 40 percent of its sales from affiliate marketing called "Amazon Associates" and third-party sellers who sell products on Amazon[citation needed]. Associates receive a commission for referring customers to Amazon by placing links on their websites to Amazon, if the referral results in a sale. Worldwide, Amazon has "over 900,000 members" in its affiliate programs.[97] Amazon reported over 1.3 million sellers sold products through Amazon's World Wide Web sites in 2007. Unlike eBay, Amazon sellers do not have to maintain separate payment accounts; all payments are handled by Amazon.

Associates can access the Amazon catalog directly on their websites by using the Amazon Web Services (AWS) XML service. A new affiliate product, aStore, allows Associates to embed a subset of Amazon products within, or linked to another website. In June 2010, Amazon Seller Product Suggestions was launched (rumored to be internally called "Project Genesis") to provide more transparency to sellers by recommending specific products to third party sellers to sell on Amazon. Products suggested are based on customers' browsing history.[98]

A January 2010 survey of third-party sellers by Auctionbytes.com [99] found that Amazon was 4th overall.[100] amazon.com placed second in "Profitability". Its lowest rating, but still above average, was in "Ease of Use". Sellers felt Amazon had clearly defined rules, provided a steady stream of traffic to their listings, and put less emphasis on a community component. amazon.com came in second in the Recommended Selling Venue category.

## Controversies                                                    [edit]

*Main article: Amazon.com controversies*

Since its founding, in summary, the website Amazon.com has attracted criticism and controversy from multiple sources over its actions, such as its "1-Click patent" claims, anti-competitive actions, price discrimination, anti-unionization efforts, Amazon Kindle remote content removal, taking public subsidies and avoiding sales tax collection duties. Various decisions over whether to censor or publish content such as the WikiLeaks web site; LGBT book sales rank; and works containing libel, facilitating dogfight, cockfight, or pedophile activities have been controversial.

## Sales and use taxes                                              [edit]

*Main article: Amazon tax*

Amazon has been criticized for its refusal to collect sales taxes from customers in states in which it does not have a physical presence, thus giving it a comparative advantage over brick-and-mortar retailers. Possibly, such customers should pay the equivalent amount in use tax directly to their state; however, few customers do so.

## Lobbying                                                         [edit]

Amazon.com lobbies the federal government and state governments on issues such as the enforcement of sales taxes on online sales, transportation safety, privacy and data protection, and intellectual property. According to regulatory filings Amazon.com focuses its lobbying on the US Congress, the Federal Communications Commission, and the Federal Reserve. Amazon.com spent $450,000 on lobbying during the second quarter of 2011, $630,000 in the first quarter of 2011, and $500,000 during the second quarter of 2010. [101]

## Entrepreneurship by former employees                            [edit]

A number of companies have been started and founded by former Amazon.com

such as the enforcement of sales taxes on online sales, transportation safety, privacy and data protection, and intellectual property. According to regulatory filings Amazon.com focuses its lobbying on the US Congress, the Federal Communications Commission, and the Federal Reserve. Amazon.com spent $450,000 on lobbying during the second quarter of 2011, $630,000 in the first quarter of 2011, and $500,000 during the second quarter of 2010. [101]

## Entrepreneurship by former employees [edit]

A number of companies have been started and founded by former Amazon.com employees.[102]

- BankBazaar.com was founded by Arjun Shetty, a former senior product manager at Amazon.com
- Evri was led by Neil Roseman, a former VP at Amazon.com
- Findory was founded by Greg Linden
- Flipkart was founded by Sachin Bansal and Binny Bansal, former Amazon India employees.[103]
- Foodista was founded by Barnaby Dorfman
- Hulu is led by Jason Kilar, a former SVP at Amazon.com
- Jambool/SocialGold was co-founded by former Amazon.com engineers Vikas Gupta and Reza Hussein
- Medio Systems was founded by Brian Lent, a former Director of Information Technology at Amazon.com
- Quora was co-founded by ex-Amazon.com (and Facebook) engineer Charlie Cheever
- TeachStreet was founded by Dave Schappell, an early Amazon.com product manager
- The Book Depository was founded by Andrew Crawford, former Amazon.co.uk employee.
- TrackSimple was founded by Jon Ingalls and Ajit Banerjee
- Trusera was founded by Keith Schorsch, an early Amazonian
- Pelago was co-founded by Jeff Holden, a former SVP at Amazon.com and Darren Vengroff, a former Principal Engineer
- Wikinvest was founded by Michael Shea
- Yellowleg.com was founded by Aashish Gupta, former Amazon.com and Amazon India employee.
- Off & Away was founded by Doug Aley, former sr. product manager, and Michael Walton, former product manager at Amazon.com

## See also [edit]

- Amazon Breakthrough Novel Award
- Amazon Standard Identification Number (ASIN)
- Online shopping
- Statistically Improbable Phrases: amazon.com's phrase extraction technique for indexing books.

**Seattle portal**

**Companies portal**

**Internet portal**

## References                                                             [edit]

1. ^ a b c d e f "2010 Form 10-K, Amazon.com, Inc." ⚘. United States Securities and Exchange Commission.
2. ^ "Amazon.com Site Info" ⚘. Alexa Internet. Retrieved 2011-08-04.
3. ^ Jopson, Barney (2011-07-12). "Amazon urges California referendum on online tax" ⚘. FT.com Retrieved 2011-08-04.
4. ^ "Harvard Business Review" ⚘. Harvard Business Review. Retrieved 2010-08-29.
5. ^ "Time Magazine 1999 Person of the Year – Jeffrey P. Bezos" ⚘. 1999-12-27. Archived from the original ⚘ on 2000-04-08. Retrieved 2008-01-05.
6. ^ Top Executive Profiles - Jeffrey P. Bezos - Portfolio.com ⚘[dead link]
7. ^ Rivlin, Gary (2005-07-10). "NYTimes, July 10, 2005: "A Retail Revolution Turns 10"" ⚘. Seattle (Wash): Nytimes.com. Retrieved 2011-08-04.
8. ^ "Amazon.com Logo: Design and History" ⚘. Famouslogos.us. Retrieved 2011-07-29.
9. ^ "amazon.com Introduces New Logo; New Design Communicates Customer Satisfaction and A-to-Z Selection" ⚘. Phx.corporate-ir.net. Retrieved 2010-08-29.
10. ^ amazon.com's company timeline ⚘
11. ^ a b Amazon.com - Forming a Plan, The Company Is Launched, One Million Titles [1] ⚘
12. ^ "Leading Internet Bookseller Amazon.com Acquires U.K.-Based Internet Bookstore Bookpages Ltd." ⚘. Retrieved 2010-08-23.
13. ^ Brown, Derek (2008-10-15). "Online giant Amazon.co.uk celebrates its 10th anniversary as shoppers use retailer website to buy goods" ⚘. London. Retrieved 2010-08-23.
14. ^ Siklos, Richard (2006-03-10). "Amazon considering downloads" ⚘. *New York Times*. Retrieved 2010-01-01.
15. ^ Beckett, Jamie (1998-08-05). "Amazon To Purchase 2 'Net Firms" ⚘. San Francisco Gate. Retrieved 2010-01-01.
16. ^ "Amazon's shopping spree" ⚘. BBC News. 1999-04-27. Retrieved 2010-01-01.
17. ^ The Cdnow Story: Rags to Riches on the Internet ⚘, by Jason Olim (Author), Matthew Olim (Author), Peter Kent (Author)
18. ^ "Amazon ups investment in China online shopping site" ⚘. Reuters UK. 2007-06-05. Retrieved 2010-01-01.
19. ^ Tedeschi, Bob (2005-04-11). "Amazon Expands Into Book Printing" ⚘. *New York Times*. Retrieved 2010-01-01.
20. ^ "About Mobipocket.com" ⚘.

21. ^ "Franklin interest in company, retires shares" ⊡. *Philadelphia Business Journal*. 2005-03-31. Retrieved 2010-06-14.
22. ^ "Amazon buys DVD-on-demand site" ⊡. Retrieved 2007-08-03.
23. ^ "Wisconsin Technology Network "Amazon acquires Madison-based Shopbop"" ⊡. Wistechnology.com 2006-02-27. Retrieved 2010-08-29.
24. ^ "amazon.com Acquires Brilliance Audio" ⊡. *Taume News*. 2007-05-27. Retrieved 2007-05-28.
25. ^ Bill Briggs (2008-06-25). "Amazon weaves Fabric.com into its e-commerce quilt" ⊡. Internet Retailer. Retrieved 2010-08-29.
26. ^ Fritz, Ben (2008-12-15). "IMDB links up with Box Office" ⊡. *Variety*.
27. ^ Vancouver, The (2008-08-02). "Amazon looks to fill niche with AbeBooks purchase" ⊡. Canada.com Retrieved 2010-08-29.
28. ^ Gonsalves, Antone. "Amazon Buys Social Network For Book Lovers" ⊡. Informationweek.com Retrieved 2010-08-29.
29. ^ "Reflexive acquired by amazon.com" ⊡. Reflexive-inc.com Retrieved 2010-08-29.[*dead link*]
30. ^ "Xinhuanet.com" ⊡. News.xinhuanet.com 2009-07-23. Retrieved 2010-08-29.
31. ^ Wauters, Robin (2009-11-02). "Amazon Closes Zappos Deal, Ends Up Paying $1.2 Billion" ⊡. TechCrunch. Retrieved 28 January 2010.
32. ^ Stone, Brad (2009-04-27). "Amazon Acquires Stanza, an E-Book Application for the iPhone" ⊡. *New York Times*. Retrieved 2009-04-27.
33. ^ Bilton, Nick; Stone, Brad (2010-02-04). "Amazon Said to Buy Touch Start-Up" ⊡. *The New York Times*. Retrieved 2010-03-27.
34. ^ . http://www.woot.com/Blog/ViewEntry.aspx?Id=13390 ⊡.
35. ^ "Amazon Is To Take Full Control Of DVD And Game Rental-By-Post Firm Lovefilm | Business | Sky News" ⊡. News.sky.com Retrieved 2011-08-04.
36. ^ http://www.theregister.co.uk/2011/07/04/amazon_buys_book_depository/ ⊡
37. ^ Olsen, Stefanie (2008-07-14). "Amazon invests in Engine Yard's cloud computing | Business Tech - CNET News" ⊡. News.cnet.com Retrieved 2011-08-04.
38. ^ LivingSocial.com, LivingSocial announced $175 million investment by Amazon.com ⊡
39. ^ McCracken, Harry, "Amazon's A9 Search as We Knew It: Dead!" ⊡, *PCWorld*. Retrieved on 23 March 2008.
40. ^ FT.com Amazon launches accessories brand in Japan ⊡, Financial Times, March 23, 2009
41. ^ E-Commerce Times: Toys 'R' Us wins right to end Amazon partnership. ⊡, March 3, 2006
42. ^ Diane Oswald (27 May 2008). "Borders Returns to Online Sales, Drops Amazon" ⊡. *International Business Times*.
43. ^ amazon.com Locations ⊡
44. ^ Fulfillment by Amazon ⊡ from the company's website
45. ^ "Amazon posts jobs for SC as deal becomes law" ⊡. The Sun News. Retrieved 2011-06-08.
46. ^ "Amazon Fulfillment Center in Lexington County, South Carolina Hiring for Hundreds of Full-time Jobs with Great Benefits" ⊡. Amazon.com Retrieved

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

Hundreds of Full-time Jobs with Great Benefits" 🔗. Amazon.com. Retrieved 2011-06-08.

47. ^ dallasnews.com (2011-04-12). "Amazon hasn't closed its Irving distribution center, as it threatened" 🔗. Retrieved 2011-07-12.

48. ^ "A peek at the quietly expanding AmazonFresh" 🔗. Seattle PI. Retrieved 2008-08-19.

49. ^ "Warehouse Deals address" 🔗. Amazon.co.uk. Retrieved 2010-08-29.

50. ^ "Call for jobs to go to locals" 🔗. Wales Online. 2007-05-24. Retrieved 2010-08-29.

51. ^ "Jobs boost as web warehouse opens" 🔗. BBC News. 2008-04-16. Retrieved 2010-04-23.

52. ^ profimedia.sk (June 14, 2011). "Amazon otvára v Bratislave centrum podpory predaja, hľadá 200 ľudí" 🔗. Retrieved 2011-08-04.

53. ^ Flach, Tim (2011-04-28). "McClatchy, Thursday, April 28, 2011" 🔗. Mcclatchydc.com. Retrieved 2011-08-04.

54. ^ amazon.com shuttering 3 U.S. distribution centers 🔗, a March 2009 Computer World article

55. ^ Recent Layoffs at Area Technology Companies 🔗, a January 2001 SeattlePI article

56. ^ a b U.S. Trademark registrations numbered 3216667 and 3266840/3266847, issued March 6, 2007 and July 17, 2007

57. ^ a b Trademark Electronic Search System 🔗 from the USPTO, supplying "PINZON" as the search term

58. ^ "amazon.com - News Release" 🔗. Phx.corporate-ir.net. Retrieved 2010-08-29.

59. ^ "amazon.com Launches Public Beta of Amazon MP3" 🔗. Home.businesswire.com. 2007-09-25. Retrieved 2010-08-29.

60. ^ Leeds, Jeff (December 28, 2007). "Amazon to Sell Warner Music Minus Copy Protection" 🔗. The New York Times. Retrieved January 12, 2009.

61. ^ "Amazon Adds Fourth Major Record Label To DRM-Free Music Store" 🔗. InformationWeek. January 10, 2008. Retrieved January 12, 2009.

62. ^ Hansell, Saul (January 10, 2008). "Sony Drives Another Nail in the D.R.M. Coffin" 🔗. The New York Times. Retrieved January 12, 2009.

63. ^ a b amazon.com 🔗

64. ^ Remember Webvan? So Does Amazon 🔗 TechCrunch article referencing the defunct Webvan

65. ^ Amazon, Fox nursing 'Stolen Child' 🔗 Variety.

66. ^ "Amazon.com" 🔗. Amazon.com 2009-09-09. Retrieved 2010-08-29.

67. ^ More than $43 Million Raised by Consumer Programs for Red Cross Tsunami Relief 🔗, American Red Cross press release, January 21, 2005.

68. ^ "Corporate-ir.net" 🔗. Phx.corporate-ir.net. 2007-12-31. Retrieved 2010-08-29.

69. ^ "Amazon Prime" 🔗.

70. ^ "Amazon Adds Instant Videos to Amazon Prime" 🔗.

71. ^ Amazon Publishing 🔗, official website.

72. ^ AmazonEncore 🔗, official website

73. ^ AmazonCrossing 🔗, official website.

74. ^ Montlake Romance 🔗, official website.

75. ^ Thomas & Mercer 🔗, official website.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

76. ^ "Introducing AmazonEncore" ⌐, Amazon Press Release, May 13, 2009
77. ^ "Introducing AmazonCrossing" ⌐, Amazon Press Release, May 18, 2010
78. ^ ""Amazon Announces a Second Publishing Imprint Focused on Translating Foreign-Language Books into English"" ⌐. Phx.corporate-ir.net. Retrieved 2011-08-04.
79. ^ "Amazon Thrusts into Romance Publishing" ⌐, PCMag, May 5, 2011.
80. ^ "Amazon Starts Mystery Imprint Thomas & Mercer " ⌐, *Publishers Weekly*, May 18, 2011
81. ^ *a* *b* *c* How many imprints does Amazon run? ⌐, Jenn Webb, O'Reilly, May 18, 2011.
82. ^ "Amazon.com Subscribe & Save" ⌐. Amazon. Retrieved July 21, 2011.
83. ^ "Amazon MP3 Music Downloads Frequently Asked Questions" ⌐. amazon.com. Retrieved 2007-09-29.
84. ^ "Amazon MP3 Frequently Asked Questions" ⌐. Amazon.com. 2009-09-09. Retrieved 2010-08-29.
85. ^ Cheng, Jacqui (2007-08-06). "Amazon invests in social music site Amie Street" ⌐. ArsTechnica. Retrieved 2007-09-26.
86. ^ "Amazon MP3 Music Coming to UK" ⌐. Archived from the original ⌐ on June 29, 2008. Retrieved 2008-02-01.
87. ^ "And the Lights Go Up on SoundUnwound!" ⌐. Soundunwoundblog.com. 2008-09-01. Retrieved 2010-08-29.
88. ^ "E-Books Top Hardcovers at Amazon" ⌐. New York Times. 2010-07-19. Retrieved 2010-07-19.
89. ^ Kyle Orland, Gamasutra. "Amazon Launches Mac Download Store To Compete With Apple ⌐." May 26, 2011. Retrieved May 31, 2011.
90. ^ "Lady Gaga's $0.99 Album Download Overwhelms Amazon" ⌐. *Mashable*. May 23, 2011.
91. ^ SnapShot of amazon.com, walmart.com ⌐. Retrieved April 12, 2008.
92. ^ "SnapShot of amazon.com (rank #11) - Compete" ⌐. Siteanalytics.compete.com. Retrieved 2010-08-29.
93. ^ Pepitone, Julianne (2010-12-09). "Why attackers can't take down Amazon.com" ⌐. CNN.com. Retrieved 2010-12-14. "Amazon has famously massive server capacity in order to handle the December e-commerce rush. That short holiday shopping window is so critical, and so intense, that even a few minutes of downtime could cost Amazon millions."
94. ^ "Amazon's online reader "Search Inside" reference" ⌐. Amazon.com. 2009-09-09. Retrieved 2010-08-29.
95. ^ ""Search Inside" reference" ⌐. Amazon.com. 2009-09-09. Retrieved 2010-08-29.
96. ^ Eric Ward - URLwire (2003-10-23). ""Search Inside" Public announcement via URLwire" ⌐. Urlwire.com. Retrieved 2010-08-29.
97. ^ "Amazon.co.uk Associates: The web's most popular and successful Affiliate Program" ⌐. Affiliate-program.amazon.co.uk. 2010-07-09. Retrieved 2010-08-29.
98. ^ "Amazon Seller Product Suggestions" ⌐. Amazonservices.com. Retrieved 2010-08-29.
99. ^ Ina Steiner (January 24, 2010). "Seller's Choice: Merchants Rate Ecommerce Marketplaces" ⌐. Auctionbytes.com. Retrieved June 29, 2010.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

100. ^ Ina Steiner (January 24, 2010). "Seller's Choice Marketplace Ratings: eBay" ⧉. Auctionbytes.com. Retrieved June 29, 2010.
101. ^ Associated Press (18 August 2011). "Amazon spends $450K on lobbying government in 2Q" ⧉. Bloomberg BusinessWeek. Retrieved 18 August 2011.
102. ^ Malik, Om (2008-11-21). "The Growing Ex-Amazon Club and Why It's a Good Thing" ⧉. Gigaom.
103. ^ "StartupDunia" ⧉.

## Further reading                                                     [edit]

- Robert Spector (2000). *amazon.com - Get Big Fast: Inside the Revolutionary Business Model That Changed the World*. Harper Collins Publishers. ISBN 0-06-662041-4.
- Mike Daisey (2002). *21 Dog Years*. Free Press. ISBN 0-7432-2580-5.
- Mara Friedman (2004). *Amazon.com for Dummies*. Wiley Publishing. ISBN 0-7645-5840-4.
- James Marcus (2004). *Amazonia: Five Years at the Epicenter of the Dot.Com Juggernaut*. W. W. Norton. ISBN 1-56584-870-5.
- "A conversation with Werner Vogels" ⧉, ACM Queue, May 2006

## External links                                                     [edit]

- Official website ⧉
- Official mobile site ⧉
- Amazon Associates ⧉
- Amazon.com companies ⧉ grouped at OpenCorporates
- Christine Frey & John Cook (2004-01-28). "How Amazon.com survived, thrived and turned a profit" ⧉. seattlepi.com.

Wikimedia Commons has media related to: *Amazon.com*

| v·d·e | Amazon.com | [hide] |
|---|---|---|
| **People** | Jeff Bezos · Tony Hsieh · Tom Szkutak · Brian Valentine · Werner Vogels · Gregg Zehr | |
| | Former: Rick Dalzell · Brian Krueger · Brian McBride · Ram Shriram | |
| **Websites** | A9.com · AbeBooks · Alexa Internet · Alexa Toolbar · Amapedia · Askville · CDNOW · China · Diapers.com · Digital Photography Review · Endless.com · Fresh · Internet Movie Database (Box Office Mojo) · Marketplace · Payments · PlanetAll · Shelfari · Wireless · Woot.com · Zappos.com | |

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

| | | |
|---|---|---|
| **Products and services** | **Web services** | AMI · CloudFront · EBS · EC2 · FPS · MTurk · Product Advertising API · RDS · S3 · SES · SimpleDB · SQS · VPC |
| | **Digital** | Appstore · Audible.com · Cloud Drive · Instant Video · Kindle · Lexcycle · LoveFilm · Mobipocket · MP3 · Reflexive Entertainment |
| | **Technology** | 1-Click · aStore · Carbonado · Dynamo · Gurupa · Lab126 · Obidos |
| | **Publishing** | AmazonEncore · AmazonCrossing · Breakthrough Novel Award · Powered by Amazon · Montlake Romance · Thomas & Mercer |
| | **Investments** | 43 Things · Amie Street (Songza) · LibraryThing · Sellaband |
| | **Other** | Amazon Light · ASIN · Controversies (tax) · Fishbowl · *Perfect 10, Inc. v. Amazon.com, Inc.* · Statistically Improbable Phrases · Vine |

**Annual revenue:** ▲ US$24.5 billion (2009) · **Employees:** 31,200 (2010) ·
**Stock Symbol:** NASDAQ: AMZN &#x29C9; · **Website:** Amazon.com &#x29C9;

| v·d·e | **Companies of the NASDAQ-100 index** | [show] |
|---|---|---|
| v·d·e | **Seattle-based Corporations** (within the Seattle metropolitan area) | [show] |

## Rate this page
What's this?

View page ratings

&#x2610; Trustworthy          &#x2610; Objective          &#x2610; Complete
☆ ☆ ☆ ☆ ☆          ☆ ☆ ☆ ☆ ☆          ☆ ☆ ☆ ☆ ☆

&#x2610; Well-written
☆ ☆ ☆ ☆ ☆

I am highly knowledgeable about this topic (optional)

Submit ratings

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Categories: Companies listed on NASDAQ | Companies in the NASDAQ-100 Index | Amazon.com | American websites | Book selling websites | Bookstores of the United States | Cloud computing providers | Companies based in Washington (state) | Companies based in Seattle, Washington | Companies established in 1994 | Internet properties established in 1994 | 1994 establishments in the United States | Dot-com | Ebook suppliers | Online companies | Online music stores | Online retail companies of the United States | Publicly traded companies | Review websites

This page was last modified on 21 August 2011 at 17:55.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Contact us

Privacy policy   About Wikipedia   Disclaimers   Mobile view

 

AMENDED COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C11-01210 HRL