Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile:  (949) 253-0902

Attorneys for Defendant
AMAZON.COM, INC.

**\*E-FILED 01-05-2012\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMAZON.COM, INC.,<br><br>            Defendant. | Case No. CV 11-01210 HRL<br><br>**JOINT STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER**<br><br> [Re:   Docket No. 56] |
| AND RELATED COUNTERCLAIM | |

Plaintiff Tetsuya Joe Nomura ("Tetsuya") and Defendant Amazon.com, Inc. ("Amazon") hereby stipulate as follows:

WHEREAS, the Court's Case Management Order (Dkt. 52) requires the parties to complete mediation within 60 days of the date of the Order;

WHEREAS, the deadline for completing mediation is currently February 10, 2012;

WHEREAS, the Amazon in-house counsel with settlement authority for this matter is unable to travel to Northern California to attend a mediation occuring on or before February 10, 2012 due to scheduled surgery and related recovery;

WHEREAS, the Plaintiff and the Mediator have been apprised of this fact and are both in agreement to extend the time within which to complete the mediation ordered by the Court;

WHEREAS, all parties and the Mediator are in agreement to extend the mediation deadline until March 9, 2012.

K&L GATES LLP

Dated: January 3, 2012    By:   /s/ *Bryan J. Sinclair*
                                Bryan J. Sinclair
                                Sara N. Kerrane

                                Attorneys for Defendant
                                AMAZON.COM, INC.

Dated: January 3, 2012    By:   /s/ *Joe Tetsuya Nomura*
                                Joe Tetsuya Nomura
                                Pro Se

I, Bryan J. Sinclair, am the ECF user whose ID and password are being used to file this Stipulation to Extend Mediation Deadline.  In compliance with General Order 45, X.B., I hereby attest that Joe Tetsuya Nomura and A.J. Nichols, Ph.D. have concurred with this filing.

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 For good cause shown, the mediation deadline in this action and is extended to March 9, 2012.

6   Dated: _____January 5, 2012_____

                                ~~Magistrate~~ Judge Howard R. Lloyd
                                UNITED STATES ~~DISTRICT~~ JUDGE
                                          MAGISTRATE