Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile:  (949) 253-0902

Attorneys for Defendant
AMAZON.COM, INC.

**E-FILED January 18, 2012**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 11-01210 HRL<br><br>**JOINT STIPULATION TO MODIFY CASE MANAGEMENT ORDER; [PROPOSED] ORDER**<br><br>**[Re:  Docket No. 58]** |

Plaintiff Tetsuya Joe Nomura ("Nomura") and Defendant Amazon.com, Inc. ("Amazon") hereby stipulate as follows:

WHEREAS, Nomura has requested additional time to complete Amended Disclosure of Asserted Claims and Infringement Contentions;

WHEREAS, Amazon is agreeable to a brief extension for Nomura to complete Amended Contentions until January 20, 2012;

WHEREAS, several dates in the existing Case Management Order (Dkt. 52) will be impacted by the requested extension to serve Amended Disclosure of Asserted Claims and Infringement Contentions;

WHEREAS, the parties are agreeable to the following changes to the Case Management Order deadlines:

- Defendant's Invalidity Contentions to be served on March 2, 2012 (originally due on February 10, 2012);

- Exchange of Proposed Terms for Construction to occur on March 16, 2012 (originally set for February 24, 2012);

- Exchange of Preliminary Claim Constructions and Extrinsic Evidence to occur on March 23, 2012 (originally set for March 16, 2012).

WHEREAS, no other dates in the Case Management Order will be impacted and will remain the same unless expressly addressed in this Stipulation and [Proposed] Order;

WHEREAS, the parties respectfully request that the Court grant an Order Modifying the Case Management Order accordingly.

K&L GATES LLP

Dated:  January 12, 2012         By:   /s/ *Bryan J. Sinclair*
                                       Bryan J. Sinclair
                                       Sara N. Kerrane

                                       Attorneys for Defendant
                                       AMAZON.COM, INC.

Dated: January 12, 2012        By:   /s/ *Joe Tetsuya Nomura*
                                     Joe Tetsuya Nomura

                                     Pro Se

I, Bryan J. Sinclair, am the ECF user whose ID and password are being used to file this Stipulation to Modify Case Management Order.  In compliance with General Order 45, X.B., I hereby attest that Joe Tetsuya Nomura have concurred with this filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For good cause shown, the Case Management Order (Dkt. 52) is modified as follows:

- Defendant's Invalidity Contentions are to be served on March 2, 2012;

- Exchange of Proposed Terms for Construction to occur on March 16, 2012;

- Exchange of Preliminary Claim Constructions and Extrinsic Evidence to occur on March 23, 2012.

All other dates in the Case Management Order (Dkt. 52) remain unchanged.

Dated: ___January 18, 2012_____     _____
                                      Judge Howard R. Lloyd
                                      UNITED STATES MAGISTRATE JUDGE