*E-FILED:   February 14, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>      Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.<br><br>      Defendant.<br>_____ / | No. C11-01210 HRL<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br>**[Re: Docket No. 60]** |

      Plaintiff's Patent Local Rule 3-1 disclosure of asserted claims and infringement contentions was due on December 27, 2011. Defendant Amazon.com (Amazon) contends that the disclosures served on that date were inadequate. Amazon agreed that plaintiff could have an additional three weeks, i.e., to January 20, 2012, to amend his contentions. This court subsequently approved the parties' stipulation to modify certain other case management deadlines. (Dkt. No. 59).

      Amazon now files a Discovery Dispute Joint Report (DDJR) advising that plaintiff failed to provide any amended contentions and that, despite defendant's efforts to meet-and-confer, plaintiff has failed to engage in any meaningful communications about his disclosures.[1]

---

[1]     Amazon says that it also gave plaintiff an opportunity to join in the instant DDJR as per the undersigned's Standing Order re Civil Discovery Disputes. The court is told that plaintiff failed to respond.

1  Amazon seeks an order compelling plaintiff to provide his infringement contentions, which are
2  now well overdue.
3     Amazon's request is granted. Within 14 days from the date of this order, plaintiff shall
4  serve his amended infringement contentions in compliance with Patent Local Rule 3-1.
5     Because plaintiff's tardy infringement contentions will necessitate modification to other
6  court-ordered deadlines, the parties shall meet-and-confer re a proposed revised schedule for the
7  court's consideration.
8     SO ORDERED.
9  Dated: February 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-01210-HRL Notice has been electronically mailed to:

Bryan J. Sinclair    bryan.sinclair@klgates.com, adrienne.wilson@klgates.com, sara.kerrane@klgates.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-01210-HRL Notice sent by U.S. Mail to:

Tetsuya Joe Nomura
3288 Pierce Street, Suite C-129
Richmond, CA 94804-5952

**United States District Court**
For the Northern District of California