| | |
|---|---|
| Daniel S. Mount, Esq. (Cal. Bar No. 77517)<br>Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)<br>Mount, Spelman & Fingerman, P.C.<br>RiverPark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose CA 95110-2740<br>Phone: (408) 279-7000<br>Fax: (408) 998-1473<br>Email: dmount@mount.com;<br>kpasquinelli@mount.com;<br>Counsel for Joe Nomura | Bryan J. Sinclair (SBN 205885)<br>bryan.sinclair@klgates.com<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 798-6700<br>Facsimile: (650) 798-6701<br><br>Sara N. Kerrane (SBN 259239)<br>sara.kerrane@klgates.com<br>K&L GATES LLP<br>1900 Main Street, Suite 600<br>Irvine, CA 92614-7319<br>Telephone: (949) 253-0900<br>Facsimile: (949) 253-0902<br><br>Attorneys for Defendant<br>AMAZON.COM, INC.<br>YOUTUBE, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>    Defendant.<br><br>TETSUYA JOE NOMURA,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUTTUBE, INC.,<br><br>    Defendant. | • Case No. 5:11-cv-01208-HRL<br>• Case No. 5:11-cv-01210-HRL<br><br><br>**JOINT STIPULATION TO EXTEND TIME UNDER PATENT LOCAL RULES** |

**Parties Joint Stipulation To Extend Time To Comply With Patent Local Rules -**

Plaintiff Tetsuya "Joe" Nomura ("Plaintiff") and Defendants Amazon, Inc. and YouTube, Inc. ("Defendants") file this Joint Stipulation to Extend Time to Comply with Patent Local Rule 4-5(c).

On Monday, October 29, 2012 Defendants filed their opposition to Plaintiff's initial claim construction brief and included several revised claim constructions and new extrinsic evidence. As such, Plaintiff has requested a one week extension to prepare and file its reply and a five page extension from fifteen to twenty pages. Defendants have agreed to this request.

Currently, as per the Docket No. 73 of June 15, 2012, Plaintiffs claim construction reply brief is due Monday, November 5, 2012. Specifically, the Parties request a seven day extension to comply with P.L.R. 4-5(c). The proposed new deadline to comply with P.L. R. 4-5(c) will be November 12, 2012.

The Parties request the extension in good faith to accommodate scheduling and staffing concerns. All other deadlines remain the same.

IT IS HEREBY STIPULATED, by and between counsel and subject to the approval of the Court, that the parties, having met and conferred, agree to the following:

- The deadline to comply with P.L.R. 4-5(c) is extended to Monday, November 12, 2012.
- The page limit for the reply brief shall be twenty (20) pages.

Prayer for Relief

For these reasons this court should extend the time for the parties to comply with P.L.R. 4-5(c) to November 12, 2012, respectively.

Case No. 5:11-cv-01210-HRL, and 5:11-cv-01208-HRL

| | |
|---|---|
| Date: October 31, 2012 | Mount, Spelman & Fingerman, P.C. |
| | /s/ *Kevin M. Pasquinelli* <br> Kevin M. Pasquinelli |
| | K&L GATES LLP |
| Dated:  October 31, 2012 | By:  /s/ *Bryan J. Sinclair* <br> Bryan J. Sinclair <br><br> Amazon.com, Inc. <br> YouTube, Inc. |

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
DATE: 11/8/12

Case No. 5:11-cv-01210-HRL, and 5:11-cv-01208-HRL