Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
Audrey Lo (SBN 253738)
audrey.lo@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:  (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA  92614-7319
Telephone:  (949) 253-0900
Facsimile:  (949) 253-0902

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>AMAZON.COM, INC.,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-01210 HRL<br><br>**DEFENDANT AMAZON.COM, INC.'s ADMINISTRATIVE REQUEST AND [] ORDER TO ALLOW EQUIPMENT INTO THE COURTROOM**<br><br>**Date:**  December 14, 2012<br>**Time:**  1:30 pm<br>**Place:**  Courtroom [1], Fifth Floor<br>**Judge:**  Magistrate Judge Howard R. Lloyd |

1    In accordance with this Court's security procedures, Defendant Amazon.com, Inc.

2  ("Amazon") requests the Court's authorization to bring and use equipment in the courtroom for the

3  claims construction hearing on December 14, 2012.  Amazon respectfully requests that the Court

4  enter the attached [Proposed] Order allowing Amazon to bring the following equipment into Judge

5  Lloyd's courtroom prior to the patent tutorial:

6        1. LG projector

7        2. Lenovo ThinkPad laptop computers (3)

8        3. Power cords

9        4. Extension cords

10        5. VGA cables

11                              K&L GATES LLP

12

13  Dated:  December 13, 2012              By:  /s/  Audrey Lo
                                                Bryan J. Sinclair
14                                              Audrey Lo
                                                Sara N. Kerrane
15
                                                Attorneys for Defendant
16                                              AMAZON.COM, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1    The Court, having considered Amazon's Administrative Request to Allow Equipment into the

2    Courtroom, good cause appearing, hereby orders:

3        IT IS HEREBY ORDERED that Defendant Amazon's Administrative Request is GRANTED.

4    The hearing will take place in Ceremmonial Courtroom 1, Fifth Floor, to accomodate equipment.

5        IT IS SO ORDERED.

6

7    DATED: _December 13___, 2012        By:_____

8                                           Howard R. Lloyd
                                           United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28