Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
Audrey Lo (SBN 253738)
audrey.lo@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:  (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA  92614-7319
Telephone:  (949) 253-0900
Facsimile:  (949) 253-0902

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>                          Plaintiff,<br><br>          vs.<br><br>AMAZON.COM, INC.,<br><br>                          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-01210 HRL<br><br>**DEFENDANT AMAZON.COM, INC.'s ADMINISTRATIVE REQUEST AND [] ORDER TO ALLOW EQUIPMENT INTO THE COURTROOM**<br><br>**Date:   December 14, 2012**<br>**Time:   1:30 pm**<br>**Place:  Courtroom [1], Fifth Floor**<br>**Judge:  Magistrate Judge Howard R. Lloyd** |

1

In accordance with this Court's security procedures, Defendant Amazon.com, Inc.

2 ("Amazon") requests the Court's authorization to bring and use equipment in the courtroom for the

3 claims construction hearing on December 14, 2012.  Amazon respectfully requests that the Court

4 enter the attached [Proposed] Order allowing Amazon to bring the following equipment into Judge

5 Lloyd's courtroom prior to the patent tutorial:

6      1. LG projector

7      2. Lenovo ThinkPad laptop computers (3)

8      3. Power cords

9      4. Extension cords

10      5. VGA cables

11                    K&L GATES LLP

12

13 Dated: December 13, 2012      By: */s/ Audrey Lo*

14                   Bryan J. Sinclair
                       Audrey Lo

15                        Sara N. Kerrane

16                   Attorneys for Defendant
                     AMAZON.COM, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1       The Court, having considered Amazon's Administrative Request to Allow Equipment into the

2   Courtroom, good cause appearing, hereby orders:

3       IT IS HEREBY ORDERED that Defendant Amazon's Administrative Request is GRANTED.

4   The hearing will take place in Ceremmonial Courtroom 1, Fifth Floor, to accomodate equipment.

5       IT IS SO ORDERED.

6

7   DATED: __December 13__ , 2012    By:_____

8                             Howard R. Lloyd
                           United States Magistrate Judge