Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone:    (408) 279-7000
Fax:      (408) 998-1473
Email:    dmount@mount.com;
          kpasquinelli@mount.com;
Counsel for Joe Nomura

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>    Plaintiff<br><br>vs.<br><br>AMAZON.COM, INC.<br><br>    Defendant | Case No. 5:11-cv-01210-HRL<br><br>**PLAINTIFF'S REQUEST AND [~~PROPOSED~~] ORDER TO ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Date: March 26, 2013<br>Time: 1:30 p.m.<br>Ctrm: 2 |
| AMAZON.COM, INC.,<br><br>    Counter Claimant<br><br>vs.<br><br>TETSUYA JOE NOMURA<br><br>    Counter Defendant | |

1  Pursuant to this Court's order on March 4, 2013, the Case Management Conference (Dkt. 98)
2  shall now be heard on March 26, 2013 at 1:30 p.m. in Courtroom 2. Plaintiff's lead counsel, Kevin
3  Pasquinelli is in charge of matters related to the case management in this case and will be attending
4  the CMC on behalf of Plaintiff; however Mr. Pasquinelli will be in Texas due to a hearing in regards
5  to another case. Due to the geographic distance between Texas and California, Plaintiff will incur
6  unnecessary lost time and expenses if Mr. Pasquinelli is required to travel to attend the CMC in
7  person. Mr. Pasquinelli, however, will be ready and able to actively participate in the CMC
8  telephonically. Plaintiff respectfully requests the Court to allow Plaintiff's lead counsel, Kevin
9  Pasquinelli, to attend the CMC telephonically.

Dated: March 7, 2013

MOUNT, SPELMAN & FINGERMAN

By: ____/s/ Kevin Pasquinelli_____
Kevin Pasquinelli, Esq.
MOUNT, SPELMAN & FINGERMAN
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff and Counter Defendant Joe Nomura

1  The Court, having considered Plaintiff's Request to Appear at the Case Management Conference
2  Telephonically, good cause appearing, hereby orders:   *Call in via the CourtCall system at: 866-582-6878*
3  IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.
4
5  IT IS SO ORDERED.
6
7  DATED: 3/11/2013        By: _____
8                              Howard R. Lloyd
                                United States Magistrate Judge