Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone:      (408) 279-7000
Fax:         (408) 998-1473
Email:      dmount@mount.com;
kpasquinelli@mount.com;
Counsel for Joe Nomura

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA, <br><br> Plaintiff <br><br> vs. <br><br> AMAZON.COM, INC. <br><br> Defendant | Case No. 5:11-cv-01210-HRL <br><br> **PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO ATTEND THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY** <br><br> Date: April 9, 2013 <br> Time: 1:30 p.m. <br> Ctrm: 2 |
| AMAZON.COM, INC., <br><br> Counter Claimant <br><br> vs. <br><br> TETSUYA JOE NOMURA <br><br> Counter Defendant | |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Pursuant to this Court's order on March 26, 2013, the Case Management Conference (Dkt. 103) shall now be heard on April 9, 2013 at 1:30 p.m. in Courtroom 2.  Plaintiff's lead counsel, Kevin Pasquinelli is in charge of matters related to the case management in this case and will be attending the CMC on behalf of Plaintiff; however Mr. Pasquinelli will be in Texas due to a hearing in regards to another case.  Due to the geographic distance between Texas and California, Plaintiff will incur unnecessary lost time and expenses if Mr. Pasquinelli is required to travel to attend the CMC in person.  Mr. Pasquinelli, however, will be ready and able to actively participate in the CMC telephonically.  Plaintiff respectfully requests the Court to allow Plaintiff's lead counsel, Kevin Pasquinelli, to attend the CMC telephonically.

Dated:  April 1, 2013

MOUNT, SPELMAN & FINGERMAN

By: _____/s/ Kevin Pasquinelli_____
Kevin Pasquinelli, Esq.
MOUNT, SPELMAN & FINGERMAN
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff and Counter Defendant Joe Nomura

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    The Court, having considered Plaintiff's Request to Appear at the Case Management Conference

2  Telephonically, good cause appearing, hereby orders:

3        IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.

4

5        IT IS SO ORDERED.

6

7  DATED: _____4 / 4 /_____, 2013        By: _____

8                                                   Howard R. Lloyd
                                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000