1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
2  Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
3  Mount, Spelman & Fingerman, P.C.
   RiverPark Tower, Suite 1650
4  333 West San Carlos Street
   San Jose CA 95110-2740
5  Phone:  (408) 279-7000
   Fax:    (408) 998-1473
6  Email:  dmount@mount.com;
7  kpasquinelli@mount.com;
   Counsel for Joe Nomura
8
9
10                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
11

12  TETSUYA JOE NOMURA,                    Case No. 5:11-cv-01210-HRL

            Plaintiff                      **NOTICE OF MOTION AND MOTION FOR
13                                         MOUNT, SPELMAN & FINGERMAN, P.C. TO
    vs.                                    WITHDRAW AS PLAINTIFF'S COUNSEL;
14                                         [PROPOSED] ORDER**
    AMAZON.COM, INC.
15                                         Date: April 9, 2013
            Defendant                      Time: 1:30 p.m.
16                                         Ctrm: 2

17  AMAZON.COM, INC.,

18          Counter Claimant

19  vs.

20  TETSUYA JOE NOMURA

21          Counter Defendant

22
23
24
25
26
27
28

WHEREAS Mr. Nomura filed PLAINTIFF'S REQUEST FOR CASE POSTPONEMENT AND COUNSEL SUBSTITUTION (Dkt. # 102) requesting this Court to allow Mr. Nomura to proceed *pro se*.

WHEREAS a CMC was held on March 26, 2013 with the Honorable Howard R. Lloyd.

As per this Court's instruction, on March 27, 2013 a proposed joint stipulation withdrawing MSF PC as counsel of record was sent to Mr. Joe Nomura. Attached as Exhibit A is that letter and proposed stipulation.

As of the writing of this motion no response has been received from Mr. Nomura. Accordingly, MSF PC now moves this Court to allow MSF PC to withdraw as attorneys of record for Mr. Noumra.

Dated: April 2, 2013

MOUNT, SPELMAN & FINGERMAN

By: ____/s/ Kevin Pasquinelli_____
Kevin Pasquinelli, Esq.
MOUNT, SPELMAN & FINGERMAN
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff and Counter Defendant Joe Nomura

# [PROPOSED] ORDER

The Court, having considered the motion for Mount, Spelman & Fingerman, P.C. to withdraw as counsel of record for plaintiff, and good cause appearing, hereby orders:

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.

IT IS SO ORDERED.

DATED: __4/4/__, 2013    By: _____
                              Howard R. Lloyd
                              United States Magistrate Judge