Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone:  (408) 279-7000
Fax:       (408) 998-1473
Email:   dmount@mount.com;
kpasquinelli@mount.com;
Counsel for Joe Nomura

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>Plaintiff<br><br>vs.<br><br>AMAZON.COM, INC.<br><br>Defendant | Case No. 5:11-cv-01210-HRL<br><br>**NOTICE OF MOTION AND MOTION FOR MOUNT, SPELMAN & FINGERMAN, P.C. TO WITHDRAW AS PLAINTIFF'S COUNSEL; [PROPOSED] ORDER**<br><br>Date: April 9, 2013<br>Time: 1:30 p.m.<br>Ctrm: 2 |
| AMAZON.COM, INC.,<br><br>Counter Claimant<br><br>vs.<br><br>TETSUYA JOE NOMURA<br><br>Counter Defendant | |

WHEREAS Mr. Nomura filed PLAINTIFF'S REQUEST FOR CASE POSTPONEMENT AND COUNSEL SUBSTITUTION (Dkt. # 102) requesting this Court to allow Mr. Nomura to proceed *pro se*.

WHEREAS a CMC was held on March 26, 2013 with the Honorable Howard R. Lloyd.

As per this Court's instruction, on March 27, 2013 a proposed joint stipulation withdrawing MSF PC as counsel of record was sent to Mr. Joe Nomura. Attached as Exhibit A is that letter and proposed stipulation.

As of the writing of this motion no response has been received from Mr. Nomura. Accordingly, MSF PC now moves this Court to allow MSF PC to withdraw as attorneys of record for Mr. Noumra.

Dated: April 2, 2013

MOUNT, SPELMAN & FINGERMAN

By: ____/s/ Kevin Pasquinelli_____
Kevin Pasquinelli, Esq.
MOUNT, SPELMAN & FINGERMAN
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff and Counter Defendant Joe Nomura

**[PROPOSED] ORDER**

The Court, having considered the motion for Mount, Spelman & Fingerman, P.C. to withdraw as counsel of record for plaintiff, and good cause appearing, hereby orders:

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.

IT IS SO ORDERED.

DATED: __4/4/__, 2013        By: _____
                                  Howard R. Lloyd
                                  United States Magistrate Judge