Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone:  (408) 279-7000
Fax:      (408) 998-1473
Email:  dmount@mount.com;
kpasquinelli@mount.com;
Counsel for Joe Nomura

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>AMAZON.COM, INC.<br><br>　　　　Defendant | Case No. 5:11-cv-01210-HRL<br><br>**NOTICE OF MOTION AND MOTION TO EXPEDITE HEARING REGARDING MOUNT, SPELMAN & FINGERMAN, P.C. TO WITHDRAW AS PLAINTIFF'S COUNSEL; [PROPOSED] ORDER**<br><br>Date: April 9, 2013<br>Time: 1:30 p.m.<br>Ctrm: 2 |
| AMAZON.COM, INC.,<br><br>　　　　Counter Claimant<br><br>vs.<br><br>TETSUYA JOE NOMURA<br><br>　　　　Counter Defendant | |

WHEREAS Mr. Nomura filed PLAINTIFF'S REQUEST FOR CASE POSTPONEMENT AND COUNSEL SUBSTITUTION (Dkt. # 102) requesting this Court to allow Mr. Nomura to proceed *pro se*.

WHEREAS a CMC was held on March 26, 2013 with the Honorable Howard R. Lloyd. At that time a further CMC was scheduled for April 9, 2013, in which the Court would like to make a decision regarding withdrawal of counsel.

As per this Court's instruction, on March 27, 2013 a proposed joint stipulation withdrawing MSF PC as counsel of record was sent to Mr. Joe Nomura. Attached as Exhibit A is that letter and proposed stipulation.

As of the writing of this motion no response has been received from Mr. Nomura. Accordingly, in a separate motion, MSF PC moved this Court to allow MSF PC to withdraw as attorneys of record for Mr. Nomura.

MSF PC now moves this court to expedite the hearing of the motion to withdraw to April 9, 2013 to coincide with currently scheduled CMC.

Dated: April 2, 2013

MOUNT, SPELMAN & FINGERMAN

By: ____/s/ Kevin Pasquinelli_____
Kevin Pasquinelli, Esq.
MOUNT, SPELMAN & FINGERMAN
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff and Counter Defendant Joe Nomura

# [~~PROPOSED~~] ORDER

The Court, having considered the MOTION TO EXPEDITE HEARING REGARDING MOUNT, SPELMAN & FINGERMAN, P.C. TO WITHDRAW AS PLAINTIFF'S COUNSEL and good cause appearing, hereby orders:

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.

The hearing concerning the Motion to Withdraw will be heard at April 9, 2013, coinciding with the currently scheduled CMC.

IT IS SO ORDERED.

DATED: __4/4/__, 2013            By: _____
                                     Howard R. Lloyd
                                     United States Magistrate Judge