.UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NOMURA TETSUYA et al, | Case Number: CV11-01210 HRL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMAZON.COM, INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joe Tetsuya Nomura
3288 Pierce Street
Suite C129
Richmond, CA 94804-5952


Dated: April 11, 2013

               Richard W. Wieking, Clerk
               By: Jackie Lynn Garcia, Deputy Clerk

E-FILED on 4/11/13

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE, LLC.,<br><br>    Defendant. | No. C-11-01208 HRL |
| TETSUYA JOE NOMURA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | **CASE MANAGEMENT ORDER**<br><br><br>No. C-11-01210 HRL |

On April 9, 2013, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statements (Case No. 11-1208, Dkt. No. 98, Case No. 11-1210, Dkt. No. 101), as modified by the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of facts and legal issues as set forth in the Joint Case Management Statements. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The following schedule shall apply to these cases:

| | |
|---|---|
| Fact Discovery Cutoff | July 1, 2013 |
| Designation of Experts with Reports | August 1, 2013 |
| Designation of Rebuttal Experts with Reports | August 29, 2013 |
| Expert Discovery Cutoff | September 23, 2013 |
| Last Day for Hearings on Dispositive & *Daubert* Motions | November 11, 2013[1] at 10:00 a.m. |
| Final Pretrail Conference | February 4, 2014 at 1:30 p.m. |

In the event discovery disputes arise, the parties shall comply with this court's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions.[2] Parties seeking to compel fact discovery must file a Joint Report no later than seven days after the Fact Discovery Cutoff, and parties seeking to compel expert discovery must file a Joint Report no later than seven days after the Expert Discovery Cutoff. Civ. L. R. 37-3.

At the Final Pretrial Conference, the parties shall be prepared to disucss dates for trial. Additionally, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.

**IT IS SO ORDERED.**

Dated: April 11, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event the parties file early case dispositive motions, which the court welcomes, the parties should be advised that they may not later file any additional case dispositive motions.

[2] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website http://cand.uscourts.gov.