# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>　　Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC and AMAZON.COM, INC.,<br><br>　　Defendants. | Case Number: 11-CV-01210 HRL<br>　　　　　　　　　11-CV-01208 HRL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

Dated: 4/18/13

_____
United States Magistrate Judge

.UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NOMURA TETSUYA et al, | Case Number: CV11-01210 HRL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMAZON.COM, INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Tetsuya Nomura
3288 Pierce Street
Suite C129
Richmond, CA 94804-5952

Dated: April 18, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk