**E-FILED on 7/16/13**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>   Plaintiff,<br><br>   v.<br><br>YOUTUBE, LLC.,<br><br>   Defendant. | No. C-11-01208 HRL |
| TETSUYA JOE NOMURA,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>   Defendant. | **ORDER ON DEFENDANTS' MOTIONS FOR EXTENSION OF TIME**<br><br>No. C-11-01210 HRL |

On July 10, 2013, defendants Amazon.com, Inc. and YouTube, LLC moved to extend the deadlines for: (1) designation of experts with reports (from August 1, 2013 to September 30, 2013); (2) designation of rebuttal experts with reports (from August 29, 2013 to October 28, 2013); and (3) expert discovery cutoff (from September 23, 2013 to November 22, 2013).  No. 11-1208, Dkt. No.

114; No. 11-1210, Dkt. No. 118.[1] Defendants seek the extensions above based on their desire to avoid unnecessary expense preparing expert reports where: (1) they believe there is a high likelihood that Nomura will not retain experts[2]; and (2) the court could rule on "any one of [defendants'] dispositive motions" and dispose of the case before defendants' reports are due. Mot. for Extension 1, No. 11-1208, Dkt. No. 114. Nomura opposes the motions on the basis that defendants cited to unofficial deposition transcripts in their motions. Opp'n Br. 1, No. 11-1208, Dkt. No. 117. Nomura asks the court to adhere to the original scheduling order. *Id.*

Having considered the parties arguments, the court concludes that the proposed extension is appropriate if it permits the court to rule on defendants' case dispositive motions *prior to* defendants' newly proposed deadline for filing expert reports (September 30, 2013). Procedurally, this will save both parties the expense of preparing expert reports that ultimately may not be required for the resolution of the case. Neither party has indicated that it will rely on experts in this case. Accordingly, the court grants defendants' motions for extension on the condition that each defendant file its summary judgment motion <u>to be noticed for a hearing on or before September 10, 2013</u>. This will give the court sufficient time to rule on each respective motion before the amended deadline for initial expert reports.

The court is uncertain as to what the defendants mean by "any one of [defendants'] dispositive motions." The court sees no reason for each defendant to file more than one motion for summary judgment in its respective case. Each defendant should address any noninfringement and invalidity issues in the same motion.

**IT IS SO ORDERED.**

Dated: July 16, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the filings are identical except for the name of the defendant, the court hereinafter cites to the docket in Case No. 11-1208.

[2] Defendants cite unofficial deposition transcripts wherein Nomura states that he has not retained expert witnesses on liability or damages. Sinclair Decl. ¶ 4, Dkt No. 114, Ex. 1.