PLAINTIFF: JOE T. NOMURA
3288 PIERCE ST. SUIET C129
RICHMOND, CA 94804-5952
Telephone: (510) 200-4381
E-mail Address: VoD.JN@gmx.us

Attorneys for Defendant:
AMAZON.COM, INC.,

Bryan J. Sinclair (SBN 205885)
brian.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo, Alto, CA 94304
Telephone (650)798-6700
Facsimile: (650)798-6701

Sara N. Kerrane (SBN 259239)
Sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949)253-0900
Facsimile: (949)253-0902

FILED
2013 JUL 17 P 5:16
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*San Jose Division*

| | |
|---|---|
| JOE T. NOMURA<br><br>Plaintiff(s),<br><br>vs.<br><br>AMAZON.COM, INC.,<br>AND "AMAZON"<br><br>Defendant(s). | Case Number 5:11-CV-01210-HRL<br><br>Date: July 16, 2013<br><br>**RE: PLAINTIFF REPLY AMAZON.COM DOCKET [120] AMAZON'S MOTION FOR EXTENSION OF TIME** |

The reason(s) of refusal for Amazon's "ENLARGEMET OF TIME". Defending counsel(s) docket# [118-1] of exhibit 1 is too early to discuss unofficial document. It is strongly requested that defending counsel carefully review the following docket [119] as re-quoted below:

**Plaintiff will reply as soon as rebuttal discovery argument using full official transcript exhibit (from deposition process) filled to this court.**

Plaintiff respectfully and strongly opposes [PROPOSED] ORDER OF DEFENDANT "AMAZON.COM'S" MOTION FOR EXTENSION OF TIME

Secondly, regarding exhibit 2 docket [118] for rescheduling 60 day enlargement of time:

| Event | Currently Scheduled Deadline | Proposed Extended Deadline |
|---|---|---|
| Designation of Experts with Reports | August 1, 2013 | September 30, 2013 |
| Designation of Rebuttal Experts with Reports | August 29, 2013 | October 28, 2013 |
| Expert Discovery Cutoff | September 23, 2013 | November 22, 2013 |

Here is the ordered schedule:

The court adopts the parties' statement of facts and legal issues as set forth in the Joint Case Management Statements. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The following schedule shall apply to these cases:

| | |
|---|---|
| Fact Discovery Cutoff | July 1, 2013 |
| Designation of Experts with Reports | August 1, 2013 |
| Designation of Rebuttal Experts with Reports | August 29, 2013 |
| Expert Discovery Cutoff | September 23, 2013 |
| Last Day for Hearings on Dispositive & *Daubert* Motions | November 11, 2013[1] at 10:00 a.m. |
| Final Pretrail Conference | February 4, 2014 at 1:30 p.m. |

"MOTION OF ENLARGEMENT" for 60 days is completely unnecessary . "AMAZON" is the largest online shopping store in the world and should have enough resources to prepare for original court ordered schedule but *Pro Se*, does not.

The court already ordered revised scheduled on April 11th, 2013. Please refer to the "ABOVE" original court order for this date. Then "AMAZON" filed "MOTION FOR ENLARGEMENT" on July 10th, 2013. This is just three months after the file of the original court order which should allow the defending counsel ample time for preparation.

In addition, before defending counsel filed the "MOTION OF ENLARGMENT OF TIME" The Plaintiff, explained by email On July 2nd, 2013 at 9:03pm, that defending counsel must file through court.
Now, more than a week later, the defending counsel is seeking to request a "MOTION OF ENLARGMENT OF TIME" This is completely irrelevant.

Plaintiff, respects to keep court schedule as ordered.

On top of this, "AMAZON" has not initiated any protest, objections, or" EXPERT" rebuttal report of "AMAZON" owned patents against "622" patent core infringements filed on June 25th 2013 docket# [117].

Plaintiff, has already given "AMAZON" more than enough time for the "BOUNTY SEARCH" and enough time to acquire and purchase patents against "622" patent.

Plaintiff is respectfully requesting this court to inject and stop "AMAZON'S" use of the video interface as "ISP/ASP" (disclosed BOX 115~116 and many places in "622" patent). In logically (software) and physically (hardware) Therefore, removal from "ALL AMAZON" websites. Especially, please refer to "AMAZON EXHIBIT [01] TRAILER docket# [117] as the request is to "REMOVE IMMEDIATELY".

If "AMAZON.COM" disappeared from the websites, the customers (BOX 125~137 and many places disclosed in "622") will find another place for their online shopping convenience and maybe players (competitors) will be cheerfully delighted.
Although employees will suffer by losing their jobs, the Owner of "AMAZON.COM" must avoid and understand the employee side of the suffering and vast impact.

Please refer to "AMAZON EXHIBIT [03] docket [117]:

Even world's largest online store may even "One day be able to put "AMAZON.COM" out of business" if "622" patent was enforced.

"AMAZON.COM" business is "AMAZON" of the "AMAZON", by the "AMAZON", for the "AMAZON".
Not like "YOUTUBE" of the PEOPLE, by the PEOPLE, for the PEOPLE.
"AMAZON" should contribute more to the society.

*Respectfully Submitted.*

*JOE T. NOMURA*

*DATED: JULY 16TH 2013.*

## CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

Case name: JOE T. NOMURA vs. ~~YOU TUBE LLC~~ Amazon.com Inc. / Odie ~~~~

Case number: 5:11-CV-~~01208~~ 01210-HRL

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s):: PLAINTIFF REPLY AMAZON.COM DOCKET [120] AMAZON'S MOTION TO EXTESION OF TIME

**How was the document served?** *(Check one.)*
- ☐ Placed in U. S. Mail
- ☐ Sent by fax
- ☒ Hand-delivered
- ☐ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Robert F. Peckham Federal Building 2ND FLOOR
280 South 1st Street
San Jose, CA 95113

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 07/16/2013

**Who served the documents?** *(Who put it into the mail, faxed it, hand-delivered it, or sent it by delivery service? That person should print his/her name and address and sign below.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature:

Printed name: ODIE DANCER.

Address: 5921 SHATTUCK AVE OAKLAND CA, 94609

CERTIFICATE OF SERVICE [VLSP TEMPLATE]

## CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name:** JOE T. NOMURA vs. YOU TUBE LLC

**Case number:** 5:11-CV-01208-HRL

**What document was served?** (Write the full name or title of the document or documents, e.g. "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")

YouTube [handwritten]   US YOUTUBE'S [handwritten]

Title(s):: PLAINTIFF REPLY AMAZON.COM DOCKET [120] AMAZON'S MOTION TO EXTESION OF TIME

**How was the document served?** (Check one.)
- ☐ Placed in U. S. Mail
- ☐ Sent by fax
- ☒ Hand-delivered
- ☐ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** (Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)

Robert F. Peckham Federal Building 2ND FLOOR
280 South 1st Street
San Jose, CA 95113

**When were the documents served?** (When were they mailed, faxed, or delivered?)

Date: 07/16/2013

**Who served the documents?** (Who put it into the mail, faxed it, hand-delivered it, or sent it by delivery service? That person should print his/her name and address and sign below.)

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: _____

Printed name: ODIE DANCER.

Address: 5921 SHATTUCK AVE OAKLAND CA, 94609

CERTIFICATE OF SERVICE [VLSP TEMPLATE]